AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Rick Hegarty; Michael Mulrenan; and
Greg Muller

V.

Paul Tortolano, Individually and in his official
capacity as Chief of the City of Woburn Fire
Department; John C. Curran, Individually and
in his offical capacity as Mayor of the City
of Woburn; and City of Woburn, MA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 11668 RWZ

04 11668 RWZ

TO: (Name and address of Defendant)

Chief Paul Tortolano
City of Woburn Fire Department
124 Main Street
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terence E. Coles
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  7/27/04



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

AUG 18 2004

August 12, 2004

I hereby certify and return that on 8/9/2004 at 11:40AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ROBERT MILLS, agent, person in charge at the time of service for CHIEF PAUL TORTOLANO, at CITY OF WOBURN FIRE DEPT, 124 MAIN Street, WOBURN, MA 01801. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.70), Postage and Handling ($1.00), Travel ($6.40) Total Charges $45.10

*Albert Frazier*
_____
*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.