AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

2004 AUG 19 A 11: 20

Rick Hegarty; Michael Mulrenan; and Greg Muller

V.

Paul Tortolano, Individually and in his official capacity as Chief of the City of Woburn Fire Department; John C. Curran, Individually and in his official capacity as Mayor of the City of Woburn; and the City of Woburn, MA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11668 RWZ

TO: (Name and address of Defendant)

William C. Campbell, Clerk
City of Woburn
City Hall
10 Common Street
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terence E. Coles
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    AUG 3 _ 2004
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                          Signature of Server

                           _____
                                    Address of Server



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

AUG 1 2 2004

August 10, 2004

I hereby certify and return that on 8/6/2004 at 11:15AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to WWILLIAM C. CAMPBELL, CITY CLERK, agent, person in charge at the time of service for WOBURN, CITY OF, at ON: WILLIAM C. CAMPBELL, CLERK, 10 COMMON Street, WOBURN, MA 01801. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.70), Postage and Handling ($1.00), Travel ($6.40) Total Charges $45.10

*Albert Fa[signature]*

Deputy Sheriff