AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

2004 AUG 19 A 11: 20

Rick Hegarty; Michael Mulrenan; and Greg Muller

V.

Paul Tortolano, Individually and in his official capacity as Chief of the City of Woburn Fire Department; John C. Curran, Individually and in his offical capacity as Mayor of the City of Woburn; and City of Woburn, MA

**SUMMONS IN A CIVIL CASE**

DISTRICT OF MASS

CASE NUMBER: 04 11668 RWZ

04 11668 RWZ

TO: (Name and address of Defendant)

John C. Curran, Mayor of the City of Woburn
City Hall
10 Common Street
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terence E. Coles
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  7/31/04