UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 11668 RWZ

| | |
|---|---|
| RICK HEGARTY, MICHAEL MULRENAN, AND GREG MULLER,<br>                 Plaintiffs,<br>VS.<br><br>PAUL TORTOLANO, Individually and in his official capacity as Chief of the City of Woburn Fire Department, JOHN C. CURRAN, Individually And in his official capacity as Mayor of the City of Woburn, and CITY OF WOBURN, Massachusetts | ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the DEFENDANTS with reference to the above-captioned matter.

Respectfully submitted,

/s/ Leonard H. Kesten
Leonard H. Kesten, , BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: September 1, 2004