UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 11668 RWZ

RICK HEGARTY, MICHAEL MULRENAN, )
AND GREG MULLER, )
                    Plaintiffs, )
VS. )
  )
PAUL TORTOLANO, Individually and in his official )
capacity as Chief of the City of Woburn Fire )
Department, JOHN C. CURRAN, Individually )
And in his official capacity as Mayor of the City of )
Woburn, and CITY OF WOBURN, Massachusetts )

### ASSENTED TO MOTION FOR EXTENSION OF TIME

The defendants hereby ask this Court to extend the time within which the defendants must file a responsive pleading to and including September 27, 2004.

As reasons for this motion, counsel for the defendants state that he requires the additional time to obtain the information necessary for the preparation of a responsive pleading. The defendants have not requested any previous enlargement of time in this matter and the plaintiffs assent to this motion.

                                      Respectfully submitted,
                                      DEFENDANTS,
                                      By their attorneys,

                                      /s/ Leonard H. Kesten
                                      Leonard H. Kesten, BBO# 542042
                                      BRODY, HARDOON, PERKINS & KESTEN, LLP
                                      One Exeter Plaza
                                      Boston, MA 02116
                                      (617) 880-7100

Dated: September 1, 2004

Assented to:

PLAINTIFFS,
By their attorney,

Terence E. Coles, BBO#600084
Pyle,. Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
617 367 7200