UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

RICK HEGARTY, MICHAEL MULRENAN, and
GREG MULLER,
            Plaintiffs

v.                                                                                    C.A. No. 04 11668 RWZ

PAUL TORTOLANO, Individually and in his
official capacity as Chief of the City of Woburn
Fire Department, JOHN C. CURRAN, Individually
and in his official capacity as Mayor of the City of
Woburn, and CITY OF WOBURN,
MASSACHUSETTS,
            Defendants
_____

## PARTIES' JOINT SCHEDULING STATEMENT

Pursuant to Local Rule 16.1, the parties hereby submit this Joint Statement prior to the scheduling conference on November 16, 2004.

### Proposed Scheduling Order

**1.  Joint Discovery/Summary Judgment Plan**

Discovery (Interrogatories, Requests for Production
of Documents and Depositions)                              Completed by February 16, 2004

Motions for Summary Judgment                             Filed by March 16, 2003

Certifications of Conference, filed pursuant to Local Rule 16.1(D), will be submitted under separate cover.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>RICK HEGARTY, et al. | Defendants,<br>PAUL TORTOLANO, et al. |
| By their counsel, | By their counsel, |
| s/Terence E. Coles<br>Terence E. Coles, BBO #6000 84<br>Pyle, Rome, Lichten & Ehrenberg, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>(617) 367-7200 | s/Leonard H. Kesten<br>Leonard H. Kesten, BBO #542042<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 |

Dated:

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Leonard Kesten, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, on November 15, 2004, by facsimile and first class mail.

s/Terence E. Coles
Terence E. Coles

2