UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

RICK HEGARTY, MICHAEL MULRENAN, and
GREG MULLER,
        Plaintiffs

v.

PAUL TORTOLANO, Individually and in his
official capacity as Chief of the City of Woburn
Fire Department, JOHN C. CURRAN, Individually
and in his official capacity as Mayor of the City of
Woburn, and CITY OF WOBURN,
MASSACHUSETTS,
        Defendants

_____

C.A. No. 04 11668 RWZ

**NOTICE OF APPEARANCE**

Please enter the appearance of Nicole Horberg Decter as attorney for Plaintiffs, in the above-captioned matter. Terence Coles will remain as counsel for Plaintiffs.

    Respectfully submitted,

    RICK HEGARTY, MICHAEL MULRENAN, and
    GREG MULLER,
    By their attorneys,

Dated: November 15, 2004

    s/Nicole Horberg Decter
    Nicole Horberg Decter, BBO #658268
    Pyle, Rome, Lichten, Ehrenberg, & Liss-
        Riordan, PC.
    18 Tremont Street, Suite 500
    Boston, MA 02108
    (617) 367-7200

2

## CERTIFICATE OF SERVICE

    This is to certify that on November 15, 2004, a copy of the foregoing document was served upon all counsel of record in the above captioned matter by facsimile and first-class mail.

                              s/Nicole Horberg Decter
                              Nicole Horberg Decter