NOV 16 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

RICK HEGARTY, MICHAEL MULRENAN, and :
GREG MULLER, :
               Plaintiffs :
                                                 :
v.                                                      :   C.A. No. 04 11668 RWZ
                                                 :
PAUL TORTOLANO, Individually and in his :
official capacity as Chief of the City of Woburn :
Fire Department, JOHN C. CURRAN, Individually :
and in his official capacity as Mayor of the City of :
Woburn, and CITY OF WOBURN, :
MASSACHUSETTS, :
               Defendants :

---

## PLAINTIFFS' CERTIFICATION UNDER LOCAL RULE 16.1(D)(1)

       Pursuant to Local Rule 16.1(D)(3), the plaintiffs and their counsel hereby certify that they have conferred:

(a)    with the view of establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____      _____
Greg Muller                                            Terence E. Coles, BBO #600084
                                                         PYLE, ROME, LICHTEN & EHRENBERG, P.C.
                                                         18 Tremont Street
                                                         Boston, MA 02108
                                                         (617) 367-7200

DATE: 11-13-04