UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| RICK HEGARTY, MICHAEL MULRENAN, and GREG MULLER,<br><br>    Plaintiffs<br><br>v.<br><br>PAUL TORTOLANO, Individually and in his official capacity as Chief of the City of Woburn Fire Department, JOHN C. CURRAN, Individually and in his official capacity as Mayor of the City of Woburn, and CITY OF WOBURN, MASSACHUSETTS,<br><br>    Defendants | C.A. No. 04 11668 RWZ |

## PLAINTIFFS' CERTIFICATION UNDER LOCAL RULE 16.1(D)(1)

Pursuant to Local Rule 16.1(D)(3), the plaintiffs and their counsel hereby certify that they have conferred:

(a) with the view of establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____  
Rick Hegarty

_____  
Terence E. Coles, BBO #600084  
PYLE, ROME, LICHTEN & EHRENBERG, P.C.  
18 Tremont Street  
Boston, MA 02108  
(617) 367-7200

DATE: 11/15/04