UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICK HEGARTY, MICHAEL MULRENAN )
AND GREG MULLER )
      Plaintiffs )
)
VS. )
)
) C.A. No.04 11668 RWZ
PAUL TORTOLANO, individually and in his official )
Capacity as Chief of the City of Woburn Fire )
Department, JOHN C. CURRAN, Individually )
And in his official capacity as Mayor of the City of )
Woburn, and CITY OF WOBURN, MASSACHUSETTS )
      Defendants )
)

## CERTIFICATION PURSUANT TO RULE 16.1

    We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                      Defendants,
                                      By their attorneys,
                                      BRODY, HARDOON, PERKINS & KESTEN, LLP

_[signature]_                            /s/ Leonard H. Kesten
Paul Tortolano                           Leonard H. Kesten, BBO No. 542042
                                       One Exeter Plaza
                                       Boston, MA 02116
                                       (617) 880-7100

      December 16, 2004
Dated: ~~November____2004~~

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICK HEGARTY, MICHAEL MULRENAN )
AND GREG MULLER )
      Plaintiffs )
 )
VS. )
 )
 ) C.A. No.04 11668 RWZ
PAUL TORTOLANO, individually and in his official )
Capacity as Chief of the City of Woburn Fire )
Department, JOHN C. CURRAN, Individually )
And in his official capacity as Mayor of the City of )
Woburn, and CITY OF WOBURN, MASSACHUSETTS )
      Defendants )
 )

## CERTIFICATION PURSUANT TO RULE 16.1

     We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                     Defendants,
                                     By their attorneys,
                                   BRODY, HARDOON, PERKINS & KESTEN, LLP

_____      /s/Leonard H. Kesten
John C. Curran                            Leonard H. Kesten, BBO No. 542042
                                          One Exeter Plaza
                                          Boston, MA 02116
/s/ John C. Curran                   (617) 880-7100
City of Woburn

         December 16, 2004
Dated: ~~November ___, 2004~~