UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICK HEGARTY, MICHAEL MULRENAN, and GREG MULLER,<br>           Plaintiffs<br><br>v.<br><br>PAUL TORTOLANO, Individually and in his official capacity as Chief of the City of Woburn Fire Department, JOHN C. CURRAN, Individually and in his official capacity as Mayor of the City of Woburn, and CITY OF WOBURN, MASSACHUSETTS,<br>           Defendants | C.A. No. 04 11668 RWZ |

**PARTIES' JOINT MOTION TO EXTEND SCHEDULING ORDER
BY APPROXIMATELY 45 DAYS**

Pursuant to Local Rule 16.3 (G), the parties respectfully move the court for an order extending the scheduling order in this case, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Depositions | February 16, 2005 | March 31, 2005 |
| Summary Judgment Motions | March 16, 2005 | April 29, 2005 |
| Oppositions | April 15, 2005 | May 30, 2005 |

The grounds for this motion are as follows:

The parties have taken several depositions thus far, however, because of scheduling difficulties, two depositions remain to be completed.

There is good cause for the extension sought herein. The undersigned counsel represent the accuracy of the statements set forth herein. If the court requires an affidavit as to these facts, one will be provided forthwith.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>RICK HEGARTY, et al. | Defendants,<br>PAUL TORTOLANO, et al. |
| By their counsel, | By their counsel, |
| _s/Terence E. Coles_<br>Terence E. Coles, BBO #6000 84<br>Pyle, Rome, Lichten & Ehrenberg, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>(617) 367-7200 | _s/Leonard H. Kesten_<br>Leonard H. Kesten, BBO #542042<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 |

Dated: February 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Leonard Kesten, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, on February 18, 2005, by facsimile and first class mail.

_s/Terence E. Coles_<br>Terence E. Coles

Terry/Woburn/Hegarty Draft Mo to Extend Deadlines-Feb 18 05