UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

RICK HEGARTY, MICHAEL MULRENAN, and
GREG MULLER,
              Plaintiffs

v.                                        C.A. No. 04 11668 RWZ

PAUL TORTOLANO, Individually and in his
official capacity as Chief of the City of Woburn
Fire Department, JOHN C. CURRAN, Individually
and in his official capacity as Mayor of the City of
Woburn, and CITY OF WOBURN,
MASSACHUSETTS,
              Defendants
_____

**PARTIES' JOINT MOTION TO EXTEND SCHEDULING ORDER
BY APPROXIMATELY 30 DAYS**

      Pursuant to Local Rule 16.3 (G), the parties respectfully move the court for an order extending the scheduling order in this case, as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Depositions | March 31, 2005 | April 29, 2005 |
| Summary Judgment Motions | April 29, 2005 | May 30, 2005 |
| Oppositions | May 30, 2005 | June 30, 2005 |

      The grounds for this motion are as follows:

      The parties have taken several depositions thus far, however, because of scheduling difficulties, two depositions remain to be completed.

There is good cause for the extension sought herein. The undersigned counsel represent the accuracy of the statements set forth herein. If the court requires an affidavit as to these facts, one will be provided forthwith.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs, | Defendants, |
| RICK HEGARTY, et al. | PAUL TORTOLANO, et al. |
| By their counsel, | By their counsel, |
| __s/Terence E. Coles__ | __s/Leonard H. Kesten__ |
| Terence E. Coles, BBO #6000 84 | Leonard H. Kesten, BBO #542042 |
| Pyle, Rome, Lichten & Ehrenberg, P.C. | Brody, Hardoon, Perkins & Kesten, LLP |
| 18 Tremont Street, Suite 500 | One Exeter Plaza |
| Boston, MA 02108 | Boston, MA 02116 |
| (617) 367-7200 | (617) 880-7100 |

Dated: March 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Leonard H. Kesten, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, on March 29, 2005, by first class mail.

__s/Terence E. Coles__
Terence E. Coles

Terry/Woburn/Hegarty - Mo to Extend Deadlines-Mar 29 05