UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 11668 RWZ

RICK HEGARTY, MICHAEL MULRENAN, )
AND GREG MULLER, )
                         Plaintiffs, )
VS. )
PAUL TORTOLANO, Individually and in his official )
capacity as Chief of the City of Woburn Fire )
Department, JOHN C. CURRAN, Individually )
And in his official capacity as Mayor of the City of )
Woburn, and CITY OF WOBURN, Massachusetts )

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants hereby ask this Court to be allowed to extend the deposition deadline for 30 days so that the defendants can take four necessary depositions. In support of this motion, the defendants state that deposition deadline in this action is April 29, 2005. Due to scheduling problems between counsel, the depositions of Chief Tortolano and Captain Mills were not completed until Thursday, April 21, 2005. As a result of the testimony of those two witnesses, it became apparent that the defendants needed to take the depositions of four more firefighters involved in the matters leading to this lawsuit in order to complete their discovery. The defendants' counsel anticipates that these four depositions could be completed in two days.

Wherefore, the defendants ask this court to extend the deposition deadline in this matter for 30 days so that these additional depositions could be taken.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the defendants has attempted to confer with attorney for the plaintiff, Terrence Coles, in the above-entitled action, in a good faith attempt to resolve or narrow the issues raised by the instant motion, and that we have been unable to do so.

                                      Respectfully submitted,
                                      DEFENDANTS,
                                      By their attorneys,

                                      /s/Leonard H. Kesten
                                      Leonard H. Kesten, BBO# 542042
                                      BRODY, HARDOON, PERKINS & KESTEN, LLP
                                      One Exeter Plaza
                                      Boston, MA 02116
Dated: April 29, 2005          (617) 880-7100