UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICK HEGARTY, MICHAEL MULRENAN, and GREG MULLER,<br>Plaintiffs<br><br>v.<br><br>PAUL TORTOLANO, Individually and in his official capacity as Chief of the City of Woburn Fire Department, JOHN C. CURRAN, Individually and in his official capacity as Mayor of the City of Woburn, and CITY OF WOBURN, MASSACHUSETTS,<br>Defendants | C.A. No. 04 11668 RWZ |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Plaintiffs Rick Hegarty, Michael Mulrenan and Greg Muller hereby move for summary judgment on their Complaint against Defendants Paul Tortolano, Individually and in his official capacity as Chief for the City of Woburn Fire Department, John C. Curran, Individually and in his official capacity as Mayor of the City of Woburn, and the City of Woburn, Massachusetts. The grounds for Plaintiffs' motion for summary judgment are set forth in the Memorandum Of Law In Support of Plaintiffs' Motion For Summary Judgment ("Plaintiffs' Memorandum"), including a statement of material facts, and the exhibits attached to Plaintiffs' Memorandum.

For the reasons stated in Plaintiffs' Memorandum, this Court is requested to grant Plaintiff's motion for summary judgment on his Complaint and enter an order:

    (1)    ordering Defendants to return Plaintiffs to their pre-November 2, 2003 group and assignment;

(2)　barring Defendants from retaliating against or in any way disciplining any firefighters, including Plaintiffs, who elect to sign petitions or engage in speech relating to matters of public concern;

(3)　barring Defendants from taking any further action against Plaintiffs for engaging in protected speech;

Plaintiffs further request that this Court set a trial date for the remaining issues relating to Plaintiffs' damages.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs request oral argument on their motion for summary judgment.

Respectfully submitted,

RICK HEGARTY, MICHAEL MULRENAN, and GREG MULLER,
By their attorneys,

Terence E. Coles, BBO #600084
Nicole Horberg Decter, BBO #658268
Pyle, Rome, Lichten, Ehrenberg &
  Liss-Riordan, PC.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: 5/31/05

### CERTIFICATE OF SERVICE

This is to certify that on 5/31/05, a copy of the foregoing document was served upon all counsel of record in the above captioned matter by HAND DELIVERY.

Terence E. Coles