UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICK HEGARTY, MICHAEL MULRENAN, and GREG MULLER,<br>    Plaintiffs<br><br>v.<br><br>PAUL TORTOLANO, Individually and in his official capacity as Chief of the City of Woburn Fire Department, JOHN C. CURRAN, Individually and in his official capacity as Mayor of the City of Woburn, and CITY OF WOBURN, MASSACHUSETTS,<br>    Defendants | C.A. No. 04 11668 RWZ |

**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT MEMORANDUM
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
<u>LONGER THAN 20 PAGES</u>**

Pursuant to Local Rule 7.1(B)(4), Plaintiffs move this Court for leave to submit the attached Memorandum In Support Of Plaintiffs' Motion For Summary Judgment which exceeds 20 pages (32 pages). Plaintiffs' memorandum in support of their motion raises multiple grounds why Defendants' conduct has violated Plaintiffs' First Amendment right to speak about issues of public concern. Plaintiffs believe that the information contained in their memorandum is necessary to explain the reasons why summary judgment should be granted.

Respectfully submitted,

RICK HEGARTY, MICHAEL MULRENAN, and
GREG MULLER,
By their attorneys,

Terence E. Coles, BBO #600084
Nicole Horberg Decter, BBO #658268
Pyle, Rome, Lichten, Ehrenberg &
   Liss-Riordan, PC.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: 5/31/05

## CERTIFICATE OF SERVICE

This is to certify that on 5/31/05, a copy of the foregoing document was served upon all counsel of record in the above captioned matter by HAND DELIVERY.

Terence E. Coles