UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICK HEGARTY, MICHAEL MULRENAN, and
GREG MULLER,
        Plaintiffs

v.

PAUL TORTOLANO, Individually and in his
official capacity as Chief of the City of Woburn
Fire Department, JOHN C. CURRAN, Individually
and in his official capacity as Mayor of the City of
Woburn, and CITY OF WOBURN,
MASSACHUSETTS,
        Defendants

C.A. No. 04 11668 RWZ

## APPENDIX TO PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Terence E. Coles, BBO #600084
Pyle, Rome, Lichten, Ehrenberg
   & Liss-Riordan, PC.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: May 31, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICK HEGARTY, MICHAEL MULRENAN, and GREG MULLER,<br>Plaintiffs<br><br>v.<br><br>PAUL TORTOLANO, Individually and in his official capacity as Chief of the City of Woburn Fire Department, JOHN C. CURRAN, Individually and in his official capacity as Mayor of the City of Woburn, and CITY OF WOBURN, MASSACHUSETTS,<br>Defendants | C.A. No. 04 11668 RWZ |

**AFFIDAVIT OF TERENCE E. COLES REGARDING EXHIBITS**

I, Terence E. Coles, under oath, hereby state as follows:

1. I am an attorney in the law firm of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., and counsel to Plaintiffs Rick Hegerty, Michael Mulrenan and Greg Muller in this matter.

2. I hereby certify that the exhibits attached to my affidavit are true and accurate copies of the original documents. I am unaware of any objection to the authenticity or admissibility of these exhibits. The exhibits are as follows:

1. Relevant pages from the deposition transcript of Richard S. Hegarty, February 3, 2005.
2. Relevant pages from the deposition transcript of Michael Mulrenan, February 15, 2005.
3. Relevant pages from the deposition transcript of Gregory J. Muller, February 3, 2005.
4. Plaintiffs' Complaint, Compensatory and Injunctive Relief Requested, and Jury Demand, dated July 27, 2004.
5. Answer of the Defendants to Plaintiffs' Complaint and Jury Claim, dated October 5, 2004.

2

6. Relevant pages from the deposition transcript of Captain Robert Mills, dated April 21, 2005.

7. Petition to the Mayor – "To change the ALS provider for the City of Woburn"

8. Affidavit of Michael Mulrenan, dated May 26, 2005.

9. Affidavit of Gregory J. Muller, dated May 24, 2005.

10. Affidavit of Rick Hegarty, dated May 24, 2005.

11. Relevant pages from the deposition transcript of Fire Chief Paul Tortolano, dated April 21, 2005.

12. City of Woburn Fire Department, Order, dated October 25, 2003.

13. City of Woburn Fire Department, Notice/Order, dated November 2, 2003.

14. Grievances filed - by Union, on or around November 5, 2003.

15. Letter from City Solicitor Thomas W. Lawton, to John G. Nee, dated January 9, 2004.

16. City of Woburn Fire Department, Notice/Order, dated October 9, 2004.

Signed under pains and penalties of perjury,

Terence E. Coles, BBO #600084
Pyle, Rome, Lichten, Ehrenberg &
Liss-Riordan, PC.
18 Tremont Street, Suite 500
Boston, MA 02108
Dated: May 31, 2005            (617) 367-7200