UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICK HEGARTY, MICHAEL MULRENAN AND GREG MULLER<br>　　　　Plaintiffs,<br><br>VS.<br><br>PAUL TORTOLANO, individually and in his official Capacity as Chief of the City of Woburn Fire Department, JOHN C. CURRAN, Individually And in his official capacity as Mayor of the City of Woburn, and CITY OF WOBURN, MASSACHUSETTS<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.04 11668 RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION FOR LEAVE TO SUBMIT MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF THEIR CROSS-MOTION MORE THAN 20 PAGES

Pursuant to Local Rule 7.1(B)(4), the defendants request that this Court grant them leave to submit the attached Memorandum In Opposition to Plaintiffs' Motion for Summary Judgment and In Support of their Cross-Motion for Summary Judgment which exceeds 20 pages. The plaintiffs' memorandum is 32 pages long and raises various grounds that they contend support their motion. The defendants' memorandum in opposition addresses these contentions, disputing that any grounds warrant summary judgment in the plaintiffs' favor. The defendants' memorandum is also offered in support of their cross-motion for summary judgment and discusses the various grounds warranting the entry of summary judgment in the defendants' favor. The defendants submit that the information contained in their memorandum is necessary to address the issues presented on both motions.

                      Respectfully submitted,
                      The Defendants,
                      By their attorneys,

                      /s/ Leonard H. Kesten
                      Leonard H. Kesten, BBO# 542042
                      Deidre Brennan Regan, BBO# 552432
                      BRODY, HARDOON, PERKINS &
                              KESTEN, LLP
                      One Exeter Plaza
                      Boston, MA 02116
Dated: June 30, 2005      (617) 880-7100