UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICK HEGARTY, MICHAEL MULRENAN<br>AND GREG MULLER<br>      Plaintiffs,<br><br>VS.<br><br><br>PAUL TORTOLANO, individually and in his official<br>Capacity as Chief of the City of Woburn Fire<br>Department, JOHN C. CURRAN, Individually<br>And in his official capacity as Mayor of the City of<br>Woburn, and CITY OF WOBURN, MASSACHUSETTS<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.04 11668 RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO STRIKE AFFIDAVITS OF
### MICHAEL MULRENAN, GREGORY J. MULLER, AND RICK HEGARTY
### ATTACHED TO PLAINTIFFS' MEMORANDUM OF LAW

The defendants hereby move to strike the Affidavits of Michael Mulrenan, Gregory J. Muller, and Rick Hegarty, that are attached as Exhibits 8, 9, and 10, respectively, to the plaintiffs' memorandum of law in support of their motion for summary judgment. As grounds, the defendants submit that the Affidavits fail to comply with the requirement of Fed. R. Civ. P. Rule 56 that affidavits "shall be made on personal knowledge, shall set forth such facts a would be admissible in evidence and shall show affirmatively that the affiant is competent to testify on the matters stated therein."

### ARGUMENT

The plaintiffs have attached as support to their motion for summary judgment affidavits from plaintiffs Michael Mulrenan, Gregory J. Muller, and Rick Hegarty. These affidavits are between 18 to 22 paragraphs in length and largely mirror each other. These affidavits, however, should be considered as support for the plaintiffs' motion because they violate the requirements for affidavits prescribed by Fed. R. Civ. Rule 56.

In many instances, the plaintiffs makes assertions that are either legal arguments and conclusions appropriate only in a memorandum of law; expert opinion for which no qualifications are established; expressions of speculative opinion or understanding or belief rather than facts; and, most often, assertions for which no basis for personal knowledge has been established or which are based on hearsay. See Mulrenan Affidavit at paragraphs 5, 6, 7, 10, 12, 15, 16, 17, 18, 19; Muller Affidavit at paragraphs 5, 6, 7, 11, 12, 14, 15, 16, 18; Hegarty Affidavit at paragraphs 5, 6, 7, 10, 13, 15, 16, 17, 18, 19, 20, 21, 22.

A review of the paragraphs cited above, demonstrates that the impermissible portions of these affidavit are extensive. The plaintiffs should not be permitted to rely on these affidavits, which run counter to the rules, in their effort to garner a summary judgment in their favor.

WHEREFORE, the Defendants respectfully move to strike the Affidavits of Michael Mulrenan, Gregory J. Muller, and Rick Hegarty.

> Respectfully submitted,
> The Defendants,
> By their attorneys,
>
> /s/ Leonard H. Kesten
> Leonard H. Kesten, BBO# 542042
> Deidre Brennan Regan, BBO# 552432
> BRODY, HARDOON, PERKINS &
>     KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Dated: June 30, 2005