UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICK HEGARTY, MICHAEL MULRENAN
AND GREG MULLER
    Plaintiffs,

VS.

PAUL TORTOLANO, individually and in his official
Capacity as Chief of the City of Woburn Fire
Department, JOHN C. CURRAN, Individually
And in his official capacity as Mayor of the City of
Woburn, and CITY OF WOBURN, MASSACHUSETTS
    Defendants

C.A. No. 04 11668 RWZ

## AFFIDAVIT OF PAUL TORTOLANO

I, Paul Tortolano, being duly sworn, depose and state as follows:

1. I have been employed by the City of Woburn Fire Department since 1976.

2. I am the Chief of the Department, and have been Chief since 1998.

3. As Chief, I oversee the operations of the Fire Department in all aspects.

4. The Fire Department currently has two rescue vehicles that are assigned to Station 3, the main station. There are four other outlying stations.

5. The City changed ALS providers in June 2003 but it did not change the method and means by which ALS services would be provided. The duties and responsibilities of firefighters responding to medical aid calls remained the same with the new provider.

6. As Chief, I had the core managerial right to assign employees to any group, station or apparatus. I never relinquished this right.

7. In October 2003, it was brought to my attention that members of the Fire Department had concerns about the quality of service being provided by the ALS service provider.

8. I met with the firefighters who had signed a petition regarding the same to obtain more specific information about their concerns with the new ALS service provider.

9. A situation was presented where it was necessary to determine if standard of care issues existed with the ALS service provider.

10. A specific reporting and logging procedure was established to track instances in which the ALS provider failed to provide adequate services.

11. During the time that procedure was in effect, no reports regarding any such instances were generated or logged.

Signed under the pains and penalties of perjury on June 30, 2005.

Paul Tortolano