# O'BRIEN & LEVINE

### Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

# Rick Hegarty, et al. v. Paul Tortolano, et al.

### Transcript of the Testimony of:

# Paul Tortolano

# April 21, 2005

www.court-reporting.com
mail@court-reporting.com

**195 State Street**
**Boston, MA 02109**
**(617) 399-0130  888.825.DEPO(3376)**

Cindy M. Falcon   1-14589

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

**10**

1  Q  When did you receive the training in basic life
2     support?
3  A  Approximately 1977, maybe even '76, right around
4     there.
5  Q  Did you ever receive any advanced life support
6     training?
7  A  No.
8  Q  And have you ever been assigned to the
9     ambulance -- strike that.
10    There is an ambulance, two rescue vehicles in
11    the Woburn Fire Department, correct, presently?
12  A  Two vehicles, yes, sir.
13  Q  When did the Woburn Fire Department first get
14    these rescue vehicles?
15  A  We started in that line right around the time I
16    went to work for them, which was right around
17    1976.
18  Q  Okay.  And were they always assigned to Station 3?
19  A  Yes, sir.
20  Q  And I think you had answered yes that you had been
21    assigned to an ambulance?
22  A  I have.  You didn't ask that question, actually.
23  Q  I didn't ask that, okay.  When was that?
24  A  While I was the firefighter grade person.

**11**

1  Q  When you first became a firefighter, were you
2     first assigned to the ambulance?
3  A  Yes.
4  Q  And so basically from 1976 until when were you on
5     the ambulance?
6  A  I think that may need a little bit of
7     clarification.  At that time they only required
8     one person to be an EMT.
9     When I was first assigned to the ambulance, I
10    was in EMT school but not an EMT.  I was the
11    driver for the EMT.  We actually had an old hearse
12    that was our ambulance.
13  Q  So it was you and one other person that would
14    respond in the ambulance?
15  A  Yes, sir.
16  Q  And that was your first assignment upon becoming a
17    firefighter?
18  A  I believe so.
19  Q  Was there a dispatch position at the time?
20  A  There was.
21  Q  And was a more senior firefighter assigned to the
22    dispatch position at that time?
23  A  I would assume.
24  Q  Do you know one way or another?

**12**

1  A  I don't know for certain.
2  Q  Was a reason given to you as to why you were being
3     assigned to the ambulance?
4  A  No.
5  Q  Who was it that assigned you?
6  A  The chief or the personnel officer.
7  Q  Who was the chief at that time?
8  A  Ed Callahan.
9  Q  Who was the personnel officer?
10  A  To the best of my memory, it was Captain McManus.
11  Q  How long were you assigned to the ambulance?
12  A  Until I went to the academy.
13  Q  When was that?
14  A  '78, but I'm not sure that my ambulance duty was
15    continuous.  I may have done some dispatching
16    during that time.
17  Q  Okay.  So between 1976 and 1978, you might have
18    done some dispatching --
19  A  Yes.
20  Q  -- along with being assigned to the ambulance?
21  A  Yes.
22  Q  Again, if you could wait until I finish the
23    question, it would be easier.
24    Why did you go to the academy in 1978?

**13**

1  A  Because that's when I was assigned to go.
2  Q  This was for basic firefighter training?
3  A  Yes.
4  Q  You hadn't been to the academy before then, I take
5     it?
6  A  No.
7  Q  And how long were you at the academy?
8  A  I believe it was seven weeks in those days.
9  Q  And after you -- you graduated?
10  A  Yes.
11  Q  After you graduated, what was your next
12    assignment?
13  A  I don't recall exactly.
14  Q  Are you fairly certain it wasn't the ambulance?
15  A  I'm not.
16  Q  Do you know if Chief Callahan had any sort of
17    practice or procedure for making assignments
18    within the department?
19  A  I don't recall.
20  Q  How long was Chief Callahan the chief?
21  A  Can I approximate?
22  Q  All my questions will be based on the best of your
23    ability to answer.
24  A  Early '80s, maybe 1980.

4 (Pages 10 to 13)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

14

1  Q  And what's the next assignment that you do
2     recall?
3        I understand you aren't sure what your
4     assignment was after you got out of the academy,
5     so what's the next assignment that you do recall?
6  A  I recall being on the ambulance because we got
7     actual ambulances at some point.
8  Q  Okay.
9  A  And I recall working on that.
10 Q  Do you recall when you got actual ambulances
11    rather than a hearse?
12 A  I don't remember the year.
13 Q  Do you recall if Ed Callahan was still the chief?
14 A  He would have to have been, yes.
15 Q  Why would he have had to have been?
16 A  Because I was promoted to lieutenant in 1980.
17 Q  Do you recall holding any other assignments as a
18    firefighter other than on the ambulance and
19    occasionally on dispatch?
20 A  Yes.
21 Q  What else?
22 A  For a while I was on a pump, and for a brief
23    period I was on a ladder.
24 Q  Were you on the ladder right before you got

15

1     promoted to lieutenant?
2  A  I don't believe so.
3  Q  Do you recall how long you were on a pump?
4  A  No.
5  Q  Do you recall how long you were on a ladder?
6  A  No.
7  Q  After you got promoted to the rank of lieutenant,
8     what was your assignment?
9  A  Company officer.
10 Q  What did that involve?
11 A  Being assigned to a substation.
12 Q  And a substation is -- which are the substations
13    in the Woburn Fire Department -- let me take a
14    step back.
15       You have five stations; is that right?
16 A  Yes.
17 Q  Four of them are substations?
18 A  Yes.
19 Q  And there's a main station?
20 A  Yes.
21 Q  That's Station 1?
22 A  3.
23 Q  3. So the substations, do you recall which
24    substation you were assigned to as a lieutenant?

16

1  A  I believe I was assigned to several.
2  Q  And during the time that you were assigned to a
3     substation as a lieutenant, did you have any role
4     in making assignments to apparatus?
5  A  No.
6  Q  Do you know who followed Chief Callahan as the
7     chief?
8  A  Acting Chief Perry.
9  Q  You think that was in the early 1980s?
10 A  Yes.
11 Q  Best of your recollection. And do you recall at
12    some point Acting Chief Perry became Chief Perry,
13    permanent?
14 A  I don't believe so.
15 Q  While acting chief, while Perry was acting chief,
16    do you recall if he had any practice or procedure
17    with respect to making assignments to apparatus?
18 A  I don't recall exactly.
19 Q  Who followed Acting Chief Perry?
20 A  Chief Doherty.
21 Q  When was that?
22 A  Again, I'm going to approximate. From '83 or '4
23    to mid 1997.
24 Q  And under Chief Doherty, were you aware of any

17

1     practice or procedure with respect to assigning
2     firefighters to apparatus?
3  A  In regard to -- assignments would come out, if
4     that's what you mean.
5  Q  Assignments would be made?
6  A  Yes.
7  Q  Do you know how, if Chief Doherty used any sort of
8     principles in making assignments or any sort of
9     method in determining where men would be assigned?
10 A  In determining where a man would be assigned --
11    can you be more specific? What do you mean?
12 Q  Well, firefighters get assigned to a station; is
13    that right?
14 A  Yes. Well, a station or a piece of apparatus. In
15    most stations it's a piece of apparatus because
16    it's only one.
17 Q  Why don't we do this. During Chief Doherty's
18    reign, were firefighters assigned to pieces of
19    apparatus?
20 A  Yes.
21 Q  And do you know how it was determined which
22    firefighters would be assigned to which pieces of
23    apparatus by the chief?
24 A  Not specifically.

5 (Pages 14 to 17)

were being

McManus.
ance?

ty was
ching

ight have

ance?

?

go.

then, I take

?
ys.

t

lance?

sort of
ments

st of your

es 10 to 13)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

18

1   Q   Do you know generally how that was determined by
2       Chief -- was it Chief Doherty that would make that
3       assignment?
4   A   It was either Chief Doherty or the personnel
5       officer. You know, I don't know who made it. I
6       believe it usually came under Chief Doherty's
7       signature, but I don't know whether or not he made
8       the determination or the personnel officer.
9   Q   Okay. And you don't know how that determination
10      was made? That's your testimony?
11  A   Not specifically.
12  Q   You don't know specifically?
13  A   No, I don't know specifically.
14  Q   And after you made captain in 1987, where were you
15      assigned?
16  A   Station 3.
17  Q   And Station 3 is where the ambulance is?
18  A   Yes.
19  Q   And during your tenure as captain from 1987 till
20      1998, there were firefighters assigned to the
21      ambulance?
22  A   Yes.
23  Q   And they were assigned to both ambulances, Rescue
24      1 and Rescue 2?

19

1   A   No.
2   Q   How did that work?
3   A   People would have a specific assignment to
4       Ambulance 1, but the other people were assigned to
5       the pump truck along with me.
6   Q   Okay.
7   A   And if there were simultaneous runs or for some
8       reason we needed a second ambulance, our crew, the
9       crew from Station 3 who were also EMTs would go
10      over and man rescue or Ambulance 2.
11  Q   Okay. And during the time that you were a captain
12      at Station 3, were you aware of how firefighters
13      got assigned to the ambulance?
14  A   Generally there was a rotation, to the best of my
15      knowledge.
16  Q   What do you mean by that? Can you explain that?
17  A   Most people, I believe, would serve a year or so
18      on the ambulance and then be rotated around or
19      transferred, different groups, different shifts.
20  Q   And did the rotation include all the firefighters
21      or -- strike that.
22          Did the rotation only involve a rotation of
23      firefighters at Station 3 or did it involve all
24      the firefighters?

20

1   A   That would be -- I don't think there's a specific
2       answer to that.
3   Q   Okay. Well, let me ask you this: Did you have
4       occasion to observe firefighters from the outlying
5       stations being rotated into assignments on the
6       ambulance?
7   A   Sometimes.
8   Q   And did you have occasion to observe the
9       firefighters that had formerly been assigned to
10      the ambulance being rotated out to some of the
11      outlying stations?
12  A   Sometimes.
13  Q   And did you know if there was any, other than the
14      fact that there was a rotation going on, did you
15      have any other understanding -- and that was, what
16      did you say, for periods of about a year?
17  A   It seemed to vary. I think about a year. Some
18      people I believe chose to stay on it longer.
19  Q   So was it your understanding that a firefighter,
20      if they wanted to stay on it longer, could?
21  A   If they requested to stay on, I think it was
22      usually honored.
23  Q   Okay. But assuming you didn't, a firefighter
24      didn't request to stay on it longer, are you aware

21

1       of any assignments while you were a captain,
2       assignments to the ambulance lasting longer than a
3       year?
4   A   I really don't know if they lasted longer than a
5       year or not, a year, to be specific. I don't
6       know.
7   Q   Were you ever aware Chief Doherty permanently
8       assigning somebody to an ambulance?
9   A   Permanently, you mean for their career?
10  Q   Yes.
11  A   No.
12  Q   Were you ever aware of any of the prior chiefs
13      ever issuing an order permanently assigning
14      somebody to an ambulance?
15  A   Everyone is permanently assigned, if that's what
16      you mean.
17  Q   So the order would say -- did you ever see an
18      order saying this person is permanently assigned
19      to the ambulance?
20          MR. KESTEN: Terry, what do you mean by
21      permanent?
22          MR. COLES: The word permanent.
23          MR. KESTEN: But the orders, I believe
24      the orders never say -- there's no time, for X

6 (Pages 18 to 21)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

26

1   supervision.
2   Q  Do you recall how many years it was, if it was
3       years after which you made that change?
4   A  I don't recall exactly.
5   Q  And did you issue a written order describing that
6       change or is there some document that describes
7       that change in assignment procedure?
8   A  I'm not positive.
9   Q  Do you think you may have written such an order?
10  A  I may have.
11  Q  And so the new system, can you describe it?  How
12      was the new -- what was the new assignment system?
13  A  The captain would -- naturally, all captains work
14      out of Station 3 except for the day captain.  And
15      he would have a minimum of five people, sometimes
16      six, and occasionally as many as seven people in
17      his station working.  And he could assign them how
18      he saw fit.
19          In terms of timewise to whatever assignment
20      there is within -- that's the only station that
21      has several assignments, several different jobs.
22  Q  You would decide who was at Station 3, but then
23      the captain would decide where to put them?
24  A  Yes.

27

1   Q  Within Station 3?
2   A  Generally.
3   Q  Okay.  And the outlying stations, you would decide
4       who went there?
5   A  Generally.
6   Q  Were there times when that procedure wasn't
7       followed?
8   A  Procedure, I'm not sure about procedure.  But
9       yeah, I would say there would be, in terms of
10      transferring people from outside stations and so
11      forth to Station 3.
12  Q  So there were times when people would be
13      transferred from an outlying station to Station 3?
14  A  And vice versa, yes.
15  Q  Who would decide that?
16  A  I would, based on requests and so forth.
17  Q  Okay.  Would you use any other judgment in making
18      that decision other than the fact that someone had
19      requested it?
20  A  No.
21  Q  So did you routinely, if someone made a request,
22      grant it, a request to move from one station to
23      another?
24  A  When I could.

28

1   Q  There were times that you denied it?
2   A  Yes.
3   Q  Why would you deny it?  What were some of the
4       reasons?
5   A  Occasionally somebody might have a severe
6       personally conflict or whatever that people would
7       have brought to my attention, and I tried to
8       discreetly do that without being too overt about
9       it and keep it kind of low key, keep them away
10      from somebody.  It can get kind of close.
11          If somebody's job was at Station 3 and
12      requested an outside station or whatever, I would
13      tell them that I'm just not going to honor this,
14      you know, your job is there.  If they wanted to go
15      to a place where there was a non-EMT, because we
16      only have a couple of non-EMTs, I only put them at
17      Station 3.
18  Q  You put the non-EMTs at Station 3?
19  A  No, I only put EMTs at Station 3.
20  Q  So you would sometimes place non-EMTs in outlying
21      stations?
22  A  Always.
23  Q  Always.  And I'm just trying to get a better sense
24      of when this system, when you instituted this

29

1       system.
2           And so at the time that you made the
3       transfers of Mulrenan, Hegarty, Muller, Kichton,
4       some other people, that was effective near the
5       beginning of November 2003, how long had this
6       system been in place, the system you were just
7       describing for assignments?
8   A  I honestly don't know.
9   Q  Had it been longer than a year?
10  A  It could have been.
11  Q  You just aren't sure?
12  A  Not sure.
13  Q  Do you know if it was longer than six months
14      before that?
15  A  I think so, but I'm not sure.
16  Q  Beyond thinking that it was probably more than six
17      months, you can't give me any more definite idea
18      of when that system came into place?
19  A  No.
20  Q  Under this system, if I understood your testimony,
21      you left it to the captains to decide how to
22      assign the people at Station 3?
23  A  Yes.
24  Q  And who were the captains at the time that you

8 (Pages 26 to 29)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

---

30

1  made this change; do you recall who was the
2  captain?
3  A  I don't recall.
4  Q  Do you recall any of them at the time you made
5  this change?
6  A  I can recall a couple because they'd been around
7  as long as I had.
8  Q  Who were they?
9  A  That would be Captain Devine and Captain Varrell.
10  Q  Do you know if any of the captains, once you made
11  this new policy that the captains could decide
12  where to put people at Station 3, do you know if
13  any of them used a system in making those
14  assignments?
15  A  What system?
16  Q  Do you know any system, do you know if they used
17  any system in making assignments?
18  A  I spoke to them all, and some of them chose to
19  make assignments and some chose to use a seniority
20  system, as I understand it.
21  Q  When did you speak to them?
22  A  It would have been early on in the process or as
23  they were promoted.
24  Q  Okay.  Do you recall any specific conversations?

---

31

1  A  Not specifically.
2  Q  And which of the captains was using a seniority
3  system?
4  A  I don't recall.
5  Q  Which of the captains were using, I think what you
6  called just making assignments?
7  A  I really don't recall.
8  Q  Do you know if, as of October 2003, what systems
9  the captains were using in making assignments?
10  A  I don't.
11  Q  Did you have any idea during the time that you
12  were a chief how men in the department viewed the
13  assignment to the ambulance, whether they liked it
14  or not?
15  A  It's a hard question to answer the way you ask
16  it.  Some people like certain jobs and some people
17  don't.  And I think that holds true for every job
18  on the department.
19  Q  Would you agree that in general the ambulance
20  assignment was less desired by the men than other
21  assignments in the department?
22  A  No.
23  Q  You wouldn't agree onto that?
24  A  No.

---

32

1  Q  Would you agree that the majority of men, if they
2  had their choice, wouldn't want to be assigned to
3  the ambulance?
4  A  No.
5  Q  Do you know, in those cases where seniority was
6  used, where the captains used seniority in making
7  assignments at Station 3, do you know where on the
8  pecking order the ambulance fell?
9  A  No.
10  Q  You don't?
11  A  No.
12  Q  Never inquired?
13  A  No.
14  Q  While you've been a captain, which men -- do you
15  know any specific firefighters that wanted to be
16  assigned to the ambulance?
17  A  Yes.
18  Q  Who's that?
19  A  I've had several tell me that they like being on
20  the ambulance.
21  Q  All right.
22  A  And would like to stay right where they are when
23  they anticipated transfers were coming out.
24  Q  That was a who question.  Who are these people?

---

33

1  A  Robishaw, Graham, Moore.  There were several
2  others I don't remember specifically.
3  Q  Robishaw's first name?
4  A  Ken.
5  Q  Who is Graham?  What's his name?
6  A  Tom.
7  Q  And Moore?
8  A  Bill.
9  Q  And do you remember any other specific names?
10  A  I just remember the instances with them, but there
11  were others.
12  Q  If you recall any others, could you let me know?
13  A  Sure.
14  Q  Were you involved in the decision to change --
15  A  I'm sorry, could we go back?  Did you say while I
16  was a captain?
17  Q  I don't think so, but if I did, I misspoke.  I
18  meant as a chief.  Were the three names you just
19  gave me, were they while you were a chief?
20  A  Yes.
21  Q  Are they all still employed by the Woburn Fire
22  Department?
23  A  Yes.
24  Q  Were you involved in the decision to change the

---

9 (Pages 30 to 33)

Case 1:04-cv-11668-RWZ    Document 22-5    Filed 06/30/2005    Page 7 of 24

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

**34**

1     ALS provider from Armstrong to Action?
2  A  I was.
3  Q  How were you involved?
4  A  I recommended that we seek another provider.
5  Q  When did you recommend that?
6  A  I don't recall.
7  Q  Do you have any idea, the year?
8  A  Would have been couple of years ago, couple of
9     years plus, two and a half years.
10  Q  And who did you recommend that to?
11  A  Mayor.
12  Q  And did you do that in writing or orally or both?
13  A  Orally, I believe.
14  Q  Did you ever make a written suggestion that you
15     should change the provider?
16  A  Not that I can recall.
17  Q  What were the circumstances of you relating that?
18     Were you having a meeting with the mayor?
19  A  I don't remember.
20  Q  And why did you tell the mayor, why did you
21     recommend to the mayor that you change ALS
22     providers?
23  A  We were having ongoing problems with the current
24     provider.

**35**

1  Q  What ongoing problems were you having with the
2     current provider?
3  A  There were several. Can we take a break?
4        MR. KESTEN: Sure.
5     (Recess.)
6  Q  I think you last said there were several problems
7     with the ALS provider.
8  A  Yes.
9  Q  This is Armstrong?
10  A  Yes.
11  Q  What were they?
12  A  They had called a meeting a few years ago at Lahey
13     Clinic and spoke to what was then called the
14     consortium, and I believe there were 11 cities and
15     towns involved in the consortium.
16     And Armstrong announced that they were no
17     longer going to reimburse fire departments for
18     their role in ALS runs that the cities' and towns'
19     fire department ambulance participated in. That
20     went on for about six months back and forth.
21     There were all sorts of meetings. About six
22     of the towns dropped them immediately. We
23     didn't. Then there were billing issues in terms
24     of we then had to accept the responsibility of

**36**

1     doing of billing for Medicare patients due to a
2     change in the law, and we could never get our
3     numbers to coincide with what they say we owed
4     them because we hadn't collected that. So that
5     was ongoing.
6        And also we were worried that we would get
7     another surprise from the Armstrong management
8     team in terms of we're no longer going to
9     reimburse the cities and towns for their
10     participation, use of their ambulance.
11  Q  What do you mean, another surprise? Isn't that
12     the first thing that they said?
13  A  That came as a big surprise. I didn't know
14     whether or not they were going to do that again.
15  Q  Did they back away from that?
16  A  Or something like that. Eventually, there were
17     three or four or five different configurations
18     sent down by the Armstrong Company, and finally
19     they relented and went back to the old system.
20     But due to the change in the law, we had to
21     do the billing for the Medicare patients, and I
22     think they call it the wheels have -- in other
23     words, whoever transports has to bill.
24     So on ALS runs involving the ALS provider

**37**

1     that are covered by Medicare, we are responsible
2     for doing the billing and collecting. And we had
3     an ongoing difference in the amounts that they
4     said that we owed them and the amounts that we had
5     collected. And there was never any consistency
6     with the amounts that they were being billed, and
7     they were never close to the amounts that we had
8     actually collected.
9  Q  Prior to raising your concern with the mayor, had
10     you raised the idea of changing ALS providers with
11     anyone else?
12  A  I don't believe so.
13  Q  Were there any concerns other than the ones you've
14     just described?
15  A  Nothing pressing.
16  Q  What do you mean? Were there some other concerns
17     that just weren't pressing?
18  A  Not concerns that would cause me to recommend
19     changing providers.
20  Q  Okay. But you had other concerns with Armstrong?
21  A  Normal concerns that I believe I would have with
22     any company.
23  Q  Like what? What concerns did you have?
24  A  A occasional complaint about an individual run.

Paul Tortolano 4-21-2005
Rick Hegarty. et al. v. Paul Tortolano, et al.

38

1  Q  Was anyone else present at the meeting with the
2     mayor?
3  A  There may have been.
4  Q  You don't recall?
5  A  I don't recall.
6  Q  What did the mayor say in response to your
7     suggestion of changing ALS providers?
8  A  The time that we actually changed providers?
9  Q  No, let me be clear. I think you said this
10    meeting with the mayor occurred before you
11    actually changed ALS providers, correct?
12       You had a meeting where you voiced your
13    support to changing ALS providers?
14 A  Actually, there were two times that we went out to
15    bid for, as a result of the meeting at the Lahey,
16    under two different mayors.
17 Q  One time before Mayor Curran?
18 A  Yes.
19 Q  And when was the first time?
20 A  It was -- I don't remember the year, but it was
21    under Mayor Dever.
22 Q  Is that the late 1990s?
23 A  Probably.
24 Q  At the time, were you also in support of changing

40

1     kind of brought the - the auditor and several
2     others got called, so then he wanted to know what
3     the story was.
4        So I started laying out all the numbers for
5     him, and he saw that there was a problem. I don't
6     recall exactly.
7  Q  You don't recall exactly what he said?
8  A  No.
9  Q  And there was some sort of process that was used
10    to change the providers?
11 A  Against my wishes, we went out to bid.
12 Q  What do you mean, against your wishes? What would
13    you have preferred?
14 A  I would have preferred to have researched
15    ambulance companies and sought a proposal from
16    them.
17 Q  Rather than bidding?
18 A  Yes.
19 Q  Okay. Did you have that option?
20 A  I believe under the law you can, you don't have to
21    go out for bid for ambulance service. At least
22    that's what other chiefs have told me: I didn't
23    want to be tied to one.
24 Q  Other than Armstrong, was there an ambulance

39

1     providers?
2  A  I was.
3  Q  But they didn't change providers?
4  A  No.
5  Q  Then the issue got raised again, you raised the
6     issue again under Mayor Curran?
7  A  I did.
8  Q  And as I understand it, the provider changed from
9     Armstrong to Action in around June of 2003. Do
10    you recall that?
11 A  That sounds correct.
12 Q  And so how long was it before that that you had
13    this discussion with the mayor where you proposed
14    changing ALS providers?
15 A  It had been ongoing. I don't know.
16 Q  And what did the mayor say? Was the mayor in
17    support of changing ALS providers?
18 A  I believe so.
19 Q  And did he tell you that?
20 A  I don't know.
21 Q  What makes you think he was in support of changing
22    ALS providers?
23 A  Well, I know that City Hall had got a couple of
24    calls from Armstrong about billing, and so that

41

1     company that you thought should take Armstrong's
2     place?
3  A  Not anyone in particular. I knew that Action had
4     been providing service to some of the communities
5     in the area.
6  Q  Okay. And did you assign anybody the task of
7     going out and investigating different ambulance
8     companies?
9  A  Since we were going out to bid, no.
10 Q  And so was the contract bid on by ambulance
11    companies?
12 A  Yes.
13 Q  Was Action the lowest bid, if you know?
14 A  Lowest I don't think works.
15 Q  How was the bid processed, as far as you know?
16 A  The purchasing agent had me, well, I used pretty
17    much a boilerplate type RFP, request for proposal,
18    and had some stipulations.
19       And the purchasing agent made some
20    suggestions, which I wrote up. And then we
21    reviewed those that requested material and
22    submitted it.
23 Q  Okay. What, if you know, what were the reasons
24    Action was selected?

11 (Pages 38 to 41)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

42

1   A   Their overall bid was at least slightly more
2       favorable than Armstrong's.
3   Q   In what way?
4   A   I think they were giving us a little more money
5       for the service, for our portion of the run, our
6       reimbursement, if you will, if you want to call it
7       that. I'm not sure what the proper terminology
8       for that amount of money is. I don't recall.
9           But there were a few different areas. It
10      seemed that the three people that I know of that
11      reviewed them all had the same feeling, that the
12      Action bid was slightly better.
13  Q   So who was in charge of making the determination
14      of which bid to accept?
15  A   I was charged with making a recommendation.
16  Q   So you were charged with making a recommendation?
17  A   Yes.
18  Q   Who gave you that charge?
19  A   The mayor.
20  Q   And was anybody else given any charge with respect
21      to the bid?
22  A   The purchasing agent had to evaluate it.
23  Q   Who is that?
24  A   Norma Garland at City Hall and I believe Inspector

43

1       Sweeney from my department.
2   Q   What was he doing?
3   A   Pardon me?
4   Q   What was his responsibility?
5   A   Departmentally?
6   Q   No, with respect to the bid.
7   A   Again, to review the different bids that came in
8       and evaluate them.
9   Q   But the ultimate recommendation came from you?
10  A   Yes.
11  Q   Who did you first recommend? Was Action the bid
12      that you recommended?
13  A   In 2003?
14  Q   Yes.
15  A   Yes.
16  Q   Had you made earlier recommendations for bids on
17      ALS providers?
18  A   The time before with Mayor Dever.
19  Q   Who had you recommended at that time?
20  A   Armstrong.
21  Q   When was that?
22  A   Probably three years prior.
23  Q   That was while Armstrong was already the ALS
24      provider?

44

1   A   Correct?
2   A   Yes.
3   Q   And Armstrong had been the ALS provider for
4       approximately how long?
5   A   Probably since we started ALS provision, provision
6       of ALS service.
7   Q   And was it your understanding that the mayor could
8       accept or reject your recommendation?
9   A   Yes.
10  Q   And he accepted it?
11  A   Yes, in both cases -- are we talking about 2003
12      now?
13  Q   Yes, I apologize. There is some confusion.
14          Just to follow up, I take it the mayor
15      accepted both your recommendations in 2003 and the
16      earlier mayors --
17  A   Yes.
18  Q   Okay.
19  Q   Did you observe any problems with Action's
20      provision of ALS services after they became the
21      ALS provider?
22  A   The occasional type of thing since Day 1 with ALS
23      providers.
24  Q   What were those?

45

1   A   An occasional long run or -- I always approach any
2       incident that I'm aware of --
3   Q   So you were made aware of at least some longer
4       than necessary runs by Action?
5   A   One in particular.
6   Q   What was that?
7   A   Total miscommunication. It seems as though, after
8       review on all parts, response from the Fenway Park
9       area or something and that not being communicated
10      clearly.
11  Q   When was that?
12  A   I don't know.
13  Q   Was it shortly after Action became the ALS
14      provider?
15  A   I would say so.
16  Q   Was it before you made the reassignments in
17      November 2003?
18  A   I would say so.
19  Q   So who brought this to your attention?
20  A   I don't recall. It might have been Captain
21      Mills. I don't recall.
22  Q   Did Captain Mills ever bring to your attention,
23      after Action became the ALS provider, that he was
24      concerned about anything in their response time or

12 (Pages 42 to 45)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

**46**

1  their response procedure?
2  A  No, not to my recollection.
3  Q  Were you aware of Captain Mills ever addressing
4     any concerns to Action about their ALS service?
5  A  Nothing that I can think of.
6  Q  Did you understand that Captain Mills had a role
7     in overseeing the ALS service?
8  A  Yes.
9  Q  What was that role?
10 A  Basically to spot check or check on runs, look for
11    irregularities or -- you mean specifically in ALS?
12 A  Yes.
13 Q  Just to generally oversee and attend meetings that
14    we had monthly in conjunction with ALS and the
15    hospital representation.
16 Q  Did you expect him to oversee the quality of the
17    ALS service being provided to the city?
18 A  I expected him to oversee the reporting and make
19    sure of the adequacy of the reporting and report
20    to me any irregularities that he notes, yes.
21 Q  For instance, things like response times, if he
22    noticed that there were longer than expected
23    response times by Action, he should follow up on
24    that?

**47**

1      Is that your understanding of one of his
2  responsibilities?
3  A  Yes.
4  Q  And did you expect him to report, if he noticed
5     something like that, did you expect him to report
6     that to you?
7  A  I would have left that to his discretion.
8  Q  Okay.  But as far as you know, he never did report
9     anything like that with respect to Action?
10 A  Not that I can recall.
11 Q  Okay.  Do you recall him ever reporting anything
12    to you about a problem with Action leaving to
13    respond to a scene or a call before getting the
14    directions and where to go?
15 A  One more time?
16 Q  Do you recall Captain Mills ever reporting to you
17    that Action was leaving its station to respond to
18    a call without getting directions on where to go?
19 A  Without getting directions on where to go?  I
20    don't have any recollection of that.
21 Q  Were you aware of any talk within the firehouse
22    among the firefighters criticizing the ALS service
23    provided by Action?
24      Let me just be clear because I realize we are

**48**

1  covering a lot of temporal territory.  I'm looking
2  right now -- my questions are going to deal with a
3  period from approximately June 2003 when Action
4  came on, as far as we know, until November 2nd
5  when the order reassigning the men --
6      MR. KESTEN:  I take it you mean before
7  the petition.
8      MR. COLES:  Thank you.  That's a much
9  better time period.
10 Q  Whenever you became aware of that period, time
11    between June 2003, until you became aware of the
12    petition.
13 A  Which one?
14    (Discussion off the record.)
15    (Recess.)
16 Q  The question was whether you heard talk from the
17    change up until you heard about the petition.
18 A  No.
19 Q  Were you aware of a meeting the union held with a
20    candidate for mayor, Melanson?
21 A  Yes.
22 Q  How did you become aware of that?
23 A  I don't know.
24 Q  Did you attend that meeting?

**49**

1  A  I did.
2  Q  Did you observe any firefighters talking about the
3     ALS service?
4  A  Yes.
5  Q  What did you observe and who did you observe say
6     it about that subject?
7  A  Ken Robishaw had a stack of material, began to
8     give a presentation to Mr. Melanson and the people
9     who were with him.  Forgive me, I'm tired.  I had
10    a long night.
11      He was being a proponent or making a case for
12    the Woburn Fire Department to take over the ALS
13    service.
14 Q  And you knew Mr. Robishaw was a proponent of this
15    prior to that meeting, correct?
16 A  He may have been.
17 Q  You didn't know he was a proponent of that?
18 A  Well, I knew he was a paramedic and he was a
19    gung-ho paramedic.
20 Q  Prior to this meeting with Melanson, you didn't
21    know he was in favor of bringing the ALS service
22    into the fire department?
23 A  Did I know it?  No, I don't believe so.
24 Q  And did you think Firefighter Robishaw had done

13 (Pages 46 to 49)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

50

1    anything wrong at that meeting?
2    A    Other than not having all the facts, no.
3    Q    So you didn't necessarily agree with what he said?
4    A    Not necessarily.
5    Q    At that time, did you think it was a good idea to
6         bring the ALS service into the fire department?
7    A    I was exploring the pros and cons.
8    Q    And present at that meeting with Melanson, were
9         there members of the union?
10   A    Yes.
11   Q    Were there members -- well, I guess it stands to
12        reason there'd be members of the fire department.
13            Were there other people, other than
14        Melanson-- who was there, other than Melanson and
15        members of the fire department?
16   A    Several other civilian type people.
17   Q    And did Melanson give a pitch for why he should be
18        mayor?
19   A    He was being very political, as I recall.
20   Q    You mean campaigning?
21   A    Just not being too committal in any area.
22   Q    But he was also saying why he should be elected
23        mayor, hopefully?
24   A    Well, it was, the way I heard it, it was going to

51

1    be to hear what the candidate had to say about
2    what he -- how he saw the fire department or, you
3    know, his perspective towards the fire department,
4    which of course interested everybody.
5    Q    Did anybody at that meeting, including but not
6         limited to Robishaw, say anything about the
7         quality of service that Action was providing?
8    A    Not that I recall hearing.
9    Q    You'd agree with me that the response time that an
10        ALS service provides can have an impact on citizen
11        safety?
12   A    Sure.
13   Q    And in addition, if an ALS service is not
14        providing quality medical care, that can also have
15        an impact on citizen safety?
16   A    Sure.
17   Q    The petition has been introduced in Captain Mills'
18        deposition, Exhibit 3. If you could take a look
19        at that?
20            MR. KESTEN: Actually marked but not
21        introduced.
22            MR. COLES: Fine, you're so legal.
23            MR. KESTEN: We try.
24            MR. COLES: I understand. You try too

52

1    hard.
2    Q    Have you seen that before?
3    A    I believe so.
4    Q    When did you first see that?
5    A    When, I don't know.
6            MR. KESTEN: That's okay, Chief. Nobody
7         knows.
8    Q    Do you have any recollection of the month you saw
9         that?
10   A    I occasionally have trouble with the years. No,
11        not directly.
12   Q    Showing you Exhibit 2 from Mills' deposition, do
13        you recall ever seeing that notice of the Melanson
14        meeting?
15   A    I have no direct memory of this.
16   Q    Well, the exhibit references a date of September
17        25, 2003.
18            Do you have any reason to believe that's not
19        right?
20   A    No, I don't.
21   Q    And did you see the petition after you went to the
22        Melanson meeting?
23   A    I have no idea.
24   Q    You could have seen it before or could have seen

53

1    it after?
2    A    I have no idea.
3    Q    Okay. And how did it come about that you saw the
4         petition?
5    A    To the best of my memory, Captain Mills brought it
6         to my attention or told me it or showed me a
7         copy of it. I'm not exactly sure.
8    Q    You don't recall the circumstances in which you
9         first saw it?
10   A    Again, I think Captain Mills -- I'm pretty sure
11        Captain Mills brought it to my attention.
12   Q    Do you recall anything that was said between you
13        and Captain Mills at the time he brought it to
14        your attention?
15   A    I don't.
16   Q    What's the next thing you remember with respect to
17        the petition?
18   A    Being concerned that there may be a
19        quality-of-care issue.
20   Q    What do you mean?
21   A    Being concerned that the quality of care may not
22        be -- there could be a question as to the quality
23        of care.
24   Q    So you read the petition?

14 (Pages 50 to 53)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

54

1  A  Yeah.
2  Q  And from that you became concerned as to the
3      quality of ALS care being provided?
4  A  I was being told that some of my people had a
5      concern with it.
6  Q  By looking at the petition, that's how you became
7      aware of it?
8  A  Yes.
9  Q  Prior to that, no one had told you they were
10     concerned?
11 A  Not to my recollection.
12 Q  And prior to that, you had heard no rumors or
13     suggestions that anybody had any concern?
14 A  I try to stay away from rumors.
15 Q  We all do, but regrettably sometimes we hear them
16     anyway.
17     So my question is:  Did you hear any rumors
18     about problems with the ALS service before you saw
19     that petition?
20 A  None that I can recollect.
21 Q  And what did you do, if anything, once you got
22     that petition to address that concern you had?
23 A  Immediately, I don't think anything.  I considered
24     it.

55

1  Q  You what?
2  A  Considered it, thought about it.
3  Q  What did you do with the petition?
4  A  What did I do with it?  What do you mean, what did
5      I do with it?
6  Q  Did you keep it in your possession?
7  A  I believe so.
8  Q  Well, you realized it was addressed to the mayor?
9  A  Addressed?  No.
10 Q  Well, where it says "Petition to the Mayor," it's
11     been cut off here, but you recall that being at
12     the top, in bold capital big letters, "Petition to
13     the Mayor"?  Do you recall that?
14 A  Well --
15 Q  Like this?
16 A  Okay.
17 Q  Do you recall that?
18 A  Generally.
19 Q  Okay.  Did you give it to the mayor?
20 A  I think I showed to him at some point, but I
21     don't know when.
22 Q  Do you have any idea?  Do you know the year that
23     you showed it to him?
24 A  I don't believe it was immediate, but I don't

56

1      believe it was a long time after it, either.
2  Q  Do you think you showed it to him before you made
3      the reassignments in November, 2003?
4  A  I don't know.
5  Q  When's the first -- strike that.
6      So at some point, did you decide to do
7      something as a result of seeing this petition?
8  A  Yes.
9  Q  What did you do?
10 A  Directly related to the petition, we're talking
11     about now?
12 Q  Yes.
13 A  Okay.  I called people in, had people come in as
14     they were on duty and asked them if that was --
15     that they had signed the petition.
16 Q  Okay.  Who did you call in?
17 A  The names that appeared on the petition.  As I
18     recall, Lieutenant Stephen McDonough, Mark
19     Kichton, Rick Hegarty, Mike Mulrenan, and Greg
20     Muller.
21 Q  Did they come in together or separately?
22 A  As they were on duty.
23 Q  Who did you meet with first?
24 A  I don't remember.

57

1  Q  Do you recall where you met with him?
2  A  I believe all of the meetings took place in
3      Captain Mills' office.
4  Q  Do you recall having a meeting where Mulrenan,
5      Muller, and Hegarty were present?
6  A  I believe those three were together.
7  Q  Okay.  And do you recall what was said at that
8      meeting?
9  A  Generally.
10 Q  Can you tell me?
11 A  I asked them if they had signed and if that was
12     their signature, and they all indicated that it
13     was.
14     And I asked them if that was how they felt,
15     and they all indicated that it was.  And I asked
16     for specifics.
17 Q  And what else, anything else happen?
18 A  I didn't get much in the way of specifics except I
19     believe, I recall Firefighter Hegarty being vocal,
20     and apparently some -- his wife's cousin had been
21     in an accident, and he had heard that the care
22     wasn't what it should have been.
23 Q  Do you recall anything else he said, Firefighter
24     Hegarty?

O'Brien & Levine Court Reporting Services
888.825.DEPO(3376) * www.court-reporting.com

Case 1:04-cv-11668-RWZ   Document 22-5   Filed 06/30/2005   Page 13 of 24

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

58

1   A   Not at this moment.
2   Q   Did you ask him when the accident had occurred?
3   A   I believe he included that in his -- when he got
4       into telling the story about it.
5   Q   Do you recall when he said it occurred?
6   A   No, I don't.
7   Q   Do you recall what he said if anything about what
8       was deficient in the ALS care?
9   A   I believe I recall part of it.
10  Q   What was that?
11  A   Not being able to get an IV in or something.
12  Q   And did he say who had not been able to get the IV
13      in?
14  A   He was referring to Action, generally.  Paramedic
15      specific, no, he didn't.
16  Q   He didn't identify the specific paramedic?
17  A   No.
18  Q   But he identified that it was Action or he was
19      referring to Action?
20  A   That's the best of my memory, yes.
21  Q   You testified you asked Firefighter Muller for
22      specifics?
23  A   I asked everyone for specifics.
24  Q   Your testimony is Firefighter Muller didn't give

59

1       you any examples?
2   A   Not that I recollect.
3   Q   Did he explain what, did he give you any
4       indication at all what he thought was deficient in
5       the service?
6   A   To the best of my recollection, it was very
7       general.  The whole conversation was very general
8       from the other perspective, and that was that
9       quality of care was less.
10  Q   Did he talk about the run times being longer?
11  A   I don't remember that specifically.
12  Q   Is it possible he said that and you just don't
13      recall?
14  A   He may have said it in a general way, but I don't
15      recall.
16  Q   What about firefighter -- let's see, I just asked
17      you about Muller a moment ago.
18  A   Muller you asked me.
19  Q   What about Firefighter Mulrenan; your testimony is
20      you asked him about specifics?
21  A   I asked everyone about specifics.
22  Q   Did he give you any specific problems that he saw
23      in Action's care?
24  A   None that I recall.

60

1   Q   Do you know if he brought up the run times as
2       being a problem?
3   A   Not specifically.
4   Q   Are you positive of that or is that something you
5       just don't --
6   A   I'm not positive of that.
7   Q   You don't remember the day it was, correct, this
8       meeting?
9   A   No.
10  Q   Was this the first meeting you had with the
11      firefighters that signed the petition or the last
12      one?
13  A   Don't recall.
14  Q   Okay.  Was anybody else present at that meeting
15      other than yourself and the three firefighters?
16  A   Captain Mills.
17  Q   Okay.  And do you recall anything else from that
18      meeting other than what you've testified to?
19  A   I think when -- it wasn't very long, as I recall,
20      and then I believe as it ended I asked if there
21      was anything else to be added and told them that
22      I'd have to figure out what to do with it.
23  Q   Figure out what to do?
24  A   Yeah.

61

1   Q   Okay.  Anything else that you recall from that
2       meeting?
3   A   Not that I recall right now.
4   Q   And so do you remember meeting with -- is it
5       Lieutenant McDonough?
6   A   Yes.
7   Q   And so do you recall meeting with him?
8   A   Mm-hmm.
9   Q   What was said at that meeting?
10  A   As I recall, most of the meetings were generally
11      the same; but Lieutenant McDonough, who has a
12      tendency to be kind of a joker, said that, well, I
13      just thought it was a prank anyway.
14  Q   Lieutenant McDonough, as I understand it, at least
15      from the petition, had signed it after some of the
16      joke names had been signed, correct?
17  A   I don't know the order.
18  Q   You don't know, okay.  Anything else you remember
19      from your meeting with Lieutenant McDonough other
20      than that?
21  A   No.
22  Q   Did you tell him anything about what you were
23      going to do?
24  A   I didn't know.

16 (Pages 58 to 61)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

---

62

1   Q   Did you say anything about what you were going to
2       do?
3   A   I'd have to figure out what to do.  I remember
4       telling him that if he thought it was a joke, I
5       didn't think it was appropriate for an officer to
6       be joking along those lines.
7   Q   I take it Firefighters Kichton and Muller and
8       Mulrenan never told you they thought it was a
9       joke?
10  A   No, not to my recollection.
11  Q   Did you meet with Firefighter Kichton?
12  A   Yes.
13  Q   When did you meet with him?
14  A   When he was working.
15  Q   And do you recall the substance of that meeting?
16  A   Same thing.
17  Q   Can you tell me what you recall, to the best of
18      your ability?
19  A   Asked him if that was his signature and if that's
20      what he thought and if he could give me any
21      specifics.
22  Q   And did he?
23  A   No.
24  Q   He didn't?

---

63

1   A   Not to my recollection.
2   Q   Okay.  And did you have any further meetings with
3       any of those individuals?
4   Q   Further meetings?
5   Q   Yes.
6   A   Kichton came back up that day and asked to speak
7       with me.
8   Q   What happened then?
9   A   He said that he hadn't really been on the
10      ambulance much since Action had taken over and may
11      have been a little bit hasty in his -- or rash, I
12      think he put it.  I don't recall the exact words
13      in his statement.
14  Q   Anything else from that meeting that you recall?
15  A   From what meeting now?
16  Q   With Kichton, the second meeting later that day.
17  A   No.  I thanked him and he left.
18  Q   What happened next as far as you recall with
19      respect to the petition?
20  A   With respect to the petition?  I don't know what
21      you mean.
22  Q   Did you take any further action as a result of
23      this petition and the issues that it raised?
24  A   I formulated what I thought was a plan to provide

---

64

1       closer oversight.
2   Q   Okay.  How did you go about formulating the plan?
3   A   I assigned -- are we talking about the assignments
4       here?
5   Q   You tell me.  I'm asking you what you did we
6       respect to the petition and the concerns it
7       raised.
8   A   I assigned people to the ambulance on each of the
9       four shifts so that I'd have 24/7 coverage at
10      least when they were on duty and a process for
11      them to follow to report to Lieutenant McDonough
12      any irregularities right away so that we could
13      look into them unless, if I recall correctly,
14      unless it was severe or an imminent safety
15      problem, and then it should be brought to my
16      attention or Captain Mills'.
17  Q   By irregularities, you mean irregularities in the
18      ALS service?
19  A   Yes.
20  Q   When did you come up with this plan; do you
21      recall?
22  A   I don't know.
23  Q   And did you formulate this, did you discuss this
24      with anyone before putting out any notice of this

---

65

1       plan?
2   A   I might have run it by Captain Mills.
3   Q   Do you recall anything he said about it?
4   A   I don't recall.
5   Q   Do you recall discussing this plan or the petition
6       with the mayor prior to coming out with the plan?
7   A   I believe I showed it to the mayor and maybe the
8       solicitor at some point, but I have no idea of
9       when it was.
10  Q   You aren't sure if it was before or after you came
11      out with the plan?
12  A   I'm not sure.
13  Q   So by the solicitor, you mean Mr. Lawton?
14  A   I believe so.  I'm not even sure he was is there,
15      but -- I don't remember.
16  Q   Let me show you Mills Exhibit 5.  Do you recall
17      putting out that order?
18  A   That looks like my order, yeah.
19  Q   Sorry?
20  A   That looks like my order, yes.
21  Q   And this is the order that you were -- this
22      contains the plan you were just describing?
23  A   Yes.
24  Q   And you'll see in the notice order, Exhibit 5,

---

17 (Pages 62 to 65)

Case 1:04-cv-11668-RWZ    Document 22-5    Filed 06/30/2005    Page 15 of 24

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

70

1  ever asked to be assigned to the ambulance?
2  A  Do I know?  I had heard.
3  Q  What had you heard?
4  A  Mulrenan had asked to stay on the ambulance quite
5     a bit and according to his captain did a good job.
6  Q  Which captain told you that Mulrenan asked --
7  A  I think it was Devine because they worked together
8     for a lot of years.  I'm not positive, but I
9     believe it was Devine.
10 Q  Did Captain Devine tell you why Firefighter
11    Mulrenan asked to be assigned to the ambulance?
12 A  No.
13 Q  Why did you decide to assign Firefighters Hegarty,
14    Mulrenan, Muller, and Kichton to the ambulance?
15 A  To monitor the quality of our service.
16 Q  And why specifically those four individuals?
17 A  Because it was brought to my attention that they
18    had a problem with the delivery of the service but
19    wouldn't or couldn't be specific.
20 Q  Well, Firefighter, I think, Hegarty had given you
21    an example, correct?
22 A  It was a hearsay example.  It was nothing that he
23    was directly involved with, the way I understood
24    it.

71

1  Q  And you felt like the only examples that were
2     worthy would be ones or that would merit
3     investigation -- let me step back.
4        Did you investigate his allegation?
5  A  I know Captain Mills did extensively and reported
6     to me.
7  Q  What did he report to you?
8  A  That the person's injuries were extremely severe
9     and it was the belief of the medical staff at the
10    hospital that they were fatal injuries that he
11    sustained on-site at the accident.
12 Q  Did he report whether the ALS service had been
13    deficient in any way?
14 A  I think he said that they may have had a problem
15    getting an IV in on that run.
16 Q  Do you remember Firefighter Hegarty bringing up
17    that issue, that they had had a problem getting an
18    IV in?
19 A  I don't specifically recall Firefighter Hegarty
20    saying -- at that meeting you're talking about?
21 Q  Yes.
22 A  I don't specifically recall.  He was pretty upset.
23 Q  I understand he was upset.  My question is:  He
24    did mention this incident, correct?

72

1  A  Yeah.
2  Q  And my question is:  In referencing, in making
3     statements about that incident, did he talk about
4     the fact that they had had difficulty putting an
5     IV in?
6  A  I don't recall that.
7  Q  So you decided to assign these four individuals to
8     the ambulance because they had raised the issue of
9     ALS service but had not given you specific
10    examples?
11 A  Because I wanted direct oversight -- I wanted
12    direct reporting of instances like that to someone
13    so that we could look into them and rectify them.
14 Q  Now, you would agree with me that any of the
15    firefighters on the force at that time were
16    qualified to make those observations and those
17    reports except for those two folks that didn't
18    have BLS training?
19 A  Yes.
20 Q  And neither Firefighter Hegarty, Mulrenan, Muller,
21    nor Kichton had any greater skills in making those
22    observations and reports to you concerning ALS
23    service, correct?
24 A  I don't believe so, no.

73

1  Q  You don't believe that's correct?
2  A  I don't believe they have any greater skills than
3     the other people.
4  Q  So why was it that you decided to pick those four
5     to make those reports?
6  A  Because they were bringing it to my attention that
7     they had a problem, but they weren't being
8     specific with the problem.  I wanted to get
9     specific and get to the bottom of the problem.
10 Q  You would agree with me that any of the
11    firefighters on the force except those two could
12    have given you specifics if they had observed it,
13    correct?
14 A  Yes.
15 Q  In fact, the petition was not addressed to you,
16    right?
17    The petition, to the extent they signed the
18    petition, they were signing a petition that was
19    addressed to the mayor?
20 A  It was in my building, and I'm charged with
21    quality control.
22    MR. KESTEN:  This is addressed to the
23    mayor, is the question.
24    THE WITNESS:  Yes.

19 (Pages 70 to 73)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

74

1  Q  You had called the meeting with them, correct?
2  A  Yes.
3  Q  Now, the petition, do you have an understanding of
4     where the petition was posted?
5  A  I believe at Station 3.
6  Q  And do you know where at Station 3 it was posted?
7  A  On a bulletin board I had heard.
8        (Recess.)
9  Q  You had in Mills 5, the November 2, 2003, order,
10     the second paragraph also states that Firefighter
11     K. Robishaw is to be assigned to dispatch on his
12     work shift.
13        Do you see that second paragraph, bottom,
14     Firefighter K. Robishaw --
15  A  Second paragraph, okay, yes.
16  Q  Why did you decide to assign Firefighter Robishaw
17     to dispatch?
18  A  Now that I realized that he was a staunch
19     proponent of the ALS but didn't have all the
20     facts, I thought he could get direct facts.  I
21     verbalized that to him.
22  Q  You thought he could get direct facts?
23  A  Could get -- more closely monitor the entire
24     system, having privy to radio transmissions from,

75

1     to and from ALS that the general population of the
2     fire department doesn't have.
3  Q  Had he asked to have that sort of access prior to
4     this?
5  A  No.
6  Q  Okay.  And had he suggested that he needed that
7     kind of access to make a more learned
8     understanding of bringing ALS service into the
9     department?
10  A  He suggested?
11  Q  Yes.
12  A  No.
13  Q  And did you understand dispatch, the dispatch
14     assignment to be, if not the least, one of the
15     least-desirable positions in the department?
16  A  To some people.
17  Q  Okay.  And there are some people that asked to be
18     assigned to dispatch?
19  A  Some people that I know enjoyed dispatching.
20  Q  Okay.  And other than providing dispatch as a
21     light-duty assignment, did you ever have occasion
22     to assign someone to the dispatch position prior
23     to Firefighter Robishaw?
24  A  After we went through the generalized block of

76

1     people at Station 3?
2  Q  Right.
3  A  No.
4  Q  So prior to that, had you assigned --
5  A  Not to my recollection, no.
6  Q  Well, now, I'm not quite sure what that last
7     answer was.
8  A  I don't recall assigning anybody directly to that
9     position after we went to the block assignment at
10     Station 3.
11  Q  Okay.  One of the captains would make the
12     assignment?
13  A  Yes.
14  Q  Prior to that, had you assigned, prior to going to
15     the captain having that role, had you made any
16     assignment of the dispatch --
17  A  I believe so.
18  Q  Who would you have assigned that?
19  A  Who?  I don't understand.  A firefighter, I
20     assumed it was a firefighter.  I don't understand
21     the question.
22  Q  By who, I meant name.
23  A  Oh, I don't know.
24  Q  Were you aware of prior fire chiefs assigning

77

1     firefighters to the dispatch position?
2  A  Someone was always assigned to it, yes.
3  Q  And was it generally the least senior person would
4     be assigned to dispatch?
5  A  I believe it may have been.
6  Q  And do you know within, once captains were given
7     the purview over assignments under your reign, do
8     you know where dispatch fell on the order of
9     assignments?
10  A  Order of assignments?
11  Q  Yes.  In other words, people would basically bid
12     for assignments based on seniority, at least under
13     some of the captains, correct?
14  A  I understand that.
15  Q  I'm asking you, did you have an understanding of
16     where dispatching fell in the order of assignments
17     that were bid on?
18  A  No.
19  Q  Okay.  And I take it you didn't ask Firefighters
20     Hegarty, Mulrenan, Muller or Kichton whether they
21     wanted to be assigned to ambulance before you made
22     this assignment on November 2nd, 2003?
23  A  No, I don't believe so.
24  Q  You didn't ask Firefighter Robishaw if he wanted

20 (Pages 74 to 77)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

78

1  to be assigned to dispatch before you made that
2  assignment?
3  A  No, I don't believe so.
4  Q  Your understanding about Firefighter Robishaw's
5  interest about ALS came from that meeting where
6  you observed him talking to the Mayoral Candidate
7  Melanson?
8  A  To that degree, yes.
9  Q  Well, were there other areas, other times that you
10  determined that Firefighter Robishaw was
11  interested in having an ALS service come in?
12  A  I believe I recall a few just passing remark kind
13  of things, just little quips by him before he came
14  to work, I think when he was trying to get
15  transferred to Woburn.
16  Q  But the decision you made to put him on dispatch
17  was based on the remarks he made at the meeting
18  with Candidate Melanson?
19  A  It was based on my belief this he was a proponent
20  of something that maybe he didn't have a full
21  understanding of, so maybe I could get him to have
22  a full understanding of how the whole system
23  worked and maybe be instrumental in, if we ever
24  did decide to go ALS, in implementing it.

79

1  Q  And your understanding of his interest in this
2  came from that meeting that you observed him
3  talking to Candidate Melanson?
4  A  For the most part.
5  Q  Okay.  Did you talk with the union, anybody from
6  the union prior to making these assignments that
7  are referenced in Paragraph 2 of Exhibit No. 5?
8  A  I don't believe so.
9  Q  Shortly after you made these assignments to the
10  ambulance and to dispatch, you were aware that the
11  union filed, union and individuals filed a number
12  of grievances protesting those assignments,
13  correct?
14  A  Prior -- what was the time line again?
15  Q  Maybe I misspoke.  After you made those
16  reassignments, you were aware that the union and
17  individuals filed grievances protesting those
18  assignments?
19  A  I believe there were grievances at some point.
20       (Exhibit Nos. 1 through 3 marked for
21       identification.)
22       (Discussion off the record.)
23  Q  Sir, I'm showing you three exhibits marked 1, 2
24  and 3 for your deposition.  Can you take a look at

80

1  them?
2       (Witness reviews documents.)
3  Q  My question after you've had a chance to review
4  them will be whether you recognize these
5  documents.
6  A  I believe so.
7  Q  And do you recall when you first saw these
8  documents?
9  A  I don't recall without looking at the date.
10  Q  Okay.  If you look at the first one, it's dated
11  November 5, 2003.  Do you see that?
12  A  Mm-hmm.
13  Q  That's Exhibit 1.  Do you have any reason to
14  believe you didn't see it in or around November 5,
15  2003?
16  A  Sitting here today, I don't.
17  Q  And did you, as a result of this -- strike that.
18       Did you have any meetings with the union
19  concerning any of these grievances?
20  A  Meetings?
21  Q  Yes, meetings.
22  A  I don't believe so.
23  Q  Did you have any conversations outside of
24  face-to-face meetings with the union concerning

81

1  these grievances?
2       MR. KESTEN:  What do you mean by the
3  union?  The president of the union?
4       MR. COLES:  Anybody in the union,
5  officials.
6  A  I don't believe so.
7  Q  Anybody representing the union?  No?
8  A  I don't believe so.
9  Q  Is it your responsibility to answer grievances, if
10  you see fit, under the contract, the collective
11  bargaining agreement?
12  A  Yes.
13  Q  You don't have to answer a grievance, correct?
14  A  I don't believe so.
15  Q  Do you recall answering any of these grievances?
16  A  I don't recall directly if I answered these
17  grievances.
18  Q  And as a result of receiving these grievances, did
19  you ever attempt to contact anyone from the union,
20  any of the officers in the union, to discuss your
21  decision, your assignment decision for the four
22  firefighters assigned to the ambulance and
23  Robishaw assigned to dispatch?
24  A  I don't recall contacting anyone.

21 (Pages 78 to 81)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

86

1  Q  Okay. And I may have asked this, and I apologize
2     if I did, but did you ever give the petition to
3     the mayor?
4     I think you said you did, you just can't
5     remember when.
6        MR. KESTEN:  Show it to him?
7  A  I believe I showed him the petition and that at
8     some time, maybe together.
9  Q  The transfer order?
10 A  Yes, to show him that I was --
11 Q  Do you recall what he said, if anything?
12 A  Do we have a problem, something along those lines.
13 Q  Okay. What did you say?
14 A  I didn't believe so, but I would look into it, I'd
15    continue to look into it.
16 Q  Do you recall anything else that was said between
17    the two of you other than that about the petition?
18 A  No.
19 Q  And do you recall how long after -- was it after
20    you had issued this order that you showed it to
21    him?
22 A  I don't know.
23 Q  Any other meetings with the mayor concerning the
24    petition or your order of November 2nd, 2003?

87

1  A  None that I recollect.
2  Q  Okay. Do you know if he kept a copy of the
3     petition, the mayor, or the original?
4  A  I don't know.
5  Q  Do you know who wrote the petition, who wrote the
6     body of the statement at the time?
7  A  I don't.
8  Q  Did you ever make any attempt to find out?
9  A  No.
10 Q  In deciding to reassign Firefighters Hegarty,
11    Mulrenan, Muller, and Kichton to the ambulance,
12    your decision wasn't based one way or another on
13    whether they wanted to be assigned to the
14    ambulance, correct?
15 A  No.
16 Q  Fair to say that if they had expressed that they
17    didn't want to be assigned to the ambulance in any
18    way, shape, or form, that wouldn't have impacted
19    your decision?
20 A  What does in any way, shape, or form mean?
21 Q  Let's say if they expressed to you that they
22    didn't want to be assigned to the ambulance, that
23    wouldn't have impacted your decision?
24 A  I don't believe so.

88

1  Q  In fact, the grievances, at least the ones that
2     have been introduced, demonstrate that at least
3     some of the reassignments were being contested by
4     the individuals, correct?
5  A  That's what the grievances seem to indicate.
6  Q  And that didn't change your mind?
7  A  No.
8  Q  Now, prior to November 3rd, 2003, was it your
9     understanding that firefighters assigned to the
10    ambulance could swap assignments with other
11    firefighters?
12 A  No.
13 Q  No?
14 A  Swap, no.
15 Q  So if a firefighter assigned to an ambulance
16    wanted to not go on a particular run and instead
17    had another firefighter, say, assigned to the
18    ladder who would go on the run, your understanding
19    is they couldn't swap, for that one run have the
20    firefighter on the ambulance take over the ladder
21    position, have the ladder guy go out on the
22    ambulance?
23 A  Absolutely not.
24 Q  What about swapping shifts; could a firefighter

89

1     prior to November 3, 2003, assigned to the
2     ambulance swap a shift with another firefighter
3     not assigned to the ambulance?
4  A  Prior to?
5  Q  Prior to.
6  A  Yes.
7  Q  And had that always been the case as far as you
8     know?
9  A  No. Within restrictions that applied generally.
10 Q  What were the restrictions?
11 A  Weekdays were off-limits for over four-hour
12    swaps. Anything that entailed working more than
13    two consecutive shifts were off-limits.
14        Other than that, swaps were allowed with the
15    captain's okay.
16 Q  Those restrictions applied to all swaps, not just
17    swaps involving the ambulance?
18 A  Yes.
19 Q  And the restriction on allowing individuals to
20    swap assignments during a shift, is that written
21    anywhere?
22        The fact that firefighters in your mind
23    couldn't do that prior to November 3, 2003, is
24    that in an order or anything like that?

23 (Pages 86 to 89)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

90

1   A   Never -- no.
2   Q   Are you aware of that ever occurring?
3   A   No.
4   Q   So you are not aware of any time in which a
5       firefighter normally assigned to the ambulance
6       would swap an assignment with another firefighter
7       during the shift?
8   A   Not to my knowledge.
9   Q   And as far as you know, that was not considered
10      proper -- sorry -- that was considered improper?
11  A   Run that scenario by me again.
12  Q   The scenario is a firefighter is assigned to the
13      ambulance on a particular shift. He says to
14      another guy, say, assigned to the ladder: Hey,
15      you know, could you take ambulance this shift?
16      I'll take the ladder.
17          Is that allowed?
18  A   With the captain's okay? The captain is the
19      authority there.
20  Q   Yeah, okay. Has the captain always been the
21      person who could okay such a swap?
22  A   Since I block assigned people to Station 3.
23  Q   Prior to that, when the assignments were made by
24      the chief, were firefighters assigned to the

91

1       ambulance allowed to swap their assignment for a
2       shift with another firefighter assigned to a
3       different piece of apparatus?
4   A   Not to my recollection.
5   Q   Not allowed?
6   A   No.
7   Q   Since you became chief, since you allowed, gave
8       the discretion around assignments to captains, are
9       you aware that captains have allowed firefighters
10      to do that kind of shift-assignment swapping?
11  A   I've heard that some do.
12  Q   Have you ever suggested to them that they can't do
13      that?
14  A   No.
15  Q   Okay. After November 3, 2003, did you tell
16      captains that Firefighters Mulrenan, Muller,,
17      Kichton, and Hegarty could not do such swaps, that
18      is, could not swap assignments during a shift with
19      another firefighter assigned to a different piece
20      of apparatus?
21  A   I don't recall telling captains specifically
22      because there was an order that addressed that.
23  Q   There was an order that addressed that?
24  A   I think that's what you have in your hand.

92

1   Q   Why don't you show me where it says that.
2   A   Firefighters Hegarty, Mulrenan, Muller, and
3       Kichton are to be assigned to the ambulance on
4       their respective work shift. Firefighter Robishaw
5       is to be assigned to dispatch on his work shift.
6   Q   Anywhere else in that document that you think the
7       issue of swaps is addressed?
8   A   Swaps?
9   Q   Yes, swapping within a shift.
10          MR. KESTEN: You have to be careful.
11      Swapping typically means -- within a shift?
12  Q   Within a shift. We can go back. That's fine.
13          I thought you had said that the issue of
14      swapping within a shift and not allowing those
15      firefighters to do that was contained in this
16      order. I asked you where in this order. You just
17      gave me the second paragraph, first sentence, and
18      I asked you if there was anything where else in
19      this order.
20          If I have in any way misunderstood your
21      testimony in that regard, please tell me.
22  A   Well, maybe. I don't believe I was aware that
23      there was -- captains were okaying swaps at that
24      point, what you're referring to as swaps. This is

93

1       a whole new word to me.
2   Q   Well, then, let's go back. Swaps that I will be
3       talking about, until I suggest otherwise, are the
4       following types of swaps.
5           You have a firefighter assigned to an
6       ambulance. On the same shift, you have a
7       firefighter assigned to a ladder.
8           At any time that you are aware of while
9       you've worked as a firefighter and all the ranks
10      above, has it ever been allowed that a firefighter
11      assigned to the ambulance could for one shift swap
12      with a firefighter assign to the ladder, swap
13      their assignments?
14  A   No.
15  Q   No. So after you gave captains discretion to
16      decide assignments at Station 3, your testimony is
17      that they were not allowed to allow that type of
18      swapping to occur?
19  A   I don't understand the last part of this question.
20  Q   What don't you understand?
21  A   There were too many nots in there. I got tied
22      up --
23  Q   After you gave captains the discretion on
24      assignments, is it your understanding that they

24 (Pages 90 to 93)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

**94**

1 were still not allowed to allow -- they were still
2 not permitted to allow firefighters to do that
3 kind of swapping?
4 A  Ambulance to the ladder that you just referred
5 to?
6 Q  During a shift, yes.
7 A  Absolutely not.
8 Q  Is it your understanding that that would never
9 occur?
10 A  It is.
11 Q  Not just ambulance to a ladder, but ambulance to
12 any other assignment, ambulance to dispatch,
13 ambulance to engine; none of that kind of swapping
14 within a shift could occur?
15 A  I can't answer that question the way you're posing
16 it to me.
17 Q  Are there some types of swaps within a shift that
18 were permitted?
19 A  That what?
20 Q  Were permitted.
21 A  Weren't?
22 Q  Were.
23 A  Not to my knowledge, unless a captain -- unless
24 they requested a transfer in assignment for the

**95**

1 day and the captain okayed it.
2      MR. COLES:  Let's take a break.
3      (Recess.)
4 Q  We are still talking about swapping within a
5 shift, okay?  We are talking about the idea of --
6      MR. KESTEN:  How about if you call it
7 changing assignments for the day.
8      MR. COLES:  If that makes you happy,
9 that's fine.
10      MR. KESTEN:  That's better.
11      THE WITNESS:  Yes, because swapping --
12      MR. KESTEN:  Let's go with changing
13 assignments for the day.
14      MR. COLES:  I'll use whatever
15 terminology the chief is comfortable with.
16 Q  Changing assignments for the day, do you have an
17 understanding of what that means?
18 A  Changing assignments during a day?
19 Q  Yes.
20 A  Yes.
21 Q  What does it mean?
22 A  Changing assignments during a day.
23 Q  What kinds of assignments can be changed during a
24 day?

**96**

1 A  The captain has the discretion to change
2 assignments within Station 3.
3 Q  Okay.  How long has that been in effect?
4 A  Since I started assigning a number of people to
5 him rather than specific assignments within the
6 building.
7 Q  Okay.  And we still don't know how long exactly
8 that's been, correct?
9 A  No.
10 Q  And that changing assignments within a day, that
11 applied to ambulance assignments as well as all
12 the other assignments at Station 3, correct?
13 A  Yes.
14 Q  And as a result of the November 2, 2003, order,
15 the firefighters assigned to the ambulance were no
16 longer allowed to do that, correct?
17 A  Correct.
18 Q  And you believe that that notice, that the notice
19 that firefighters assigned to the ambulance were
20 no longer allowed to do that -- let me just be
21 clear -- that Firefighters Hegarty, Mulrenan,
22 Muller, and Kichton were no longer allowed to
23 change assignments during the day, that was
24 contained in the second paragraph of your November

**97**

1 2, 2003, order?
2 A  I'm not sure I was aware that the captain
3 permitted people to choose at that point.
4 Q  Okay.  Well, in other words, you weren't sure if
5 captains allowed people to do that?
6 A  Yes.
7 Q  In your mind, you are giving discretion to the
8 captains around assignments, gave them that right,
9 but you weren't sure whether they did that?
10 A  Gave the captains the right to assign people where
11 they wanted to.
12 Q  And allow people to change assignments --
13 A  Never occurred to me.
14 Q  Do you, sitting here today, have any knowledge one
15 way or the other whether captains allowed people
16 to change assignments during the day?
17 A  I seem to be hearing a lot about it, so I'm not --
18 directly, I don't have any direct knowledge of it.
19 Q  Have you asked any of the captains whether they
20 allowed that?
21 A  No, not to my -- to the best of my recollection,
22 it never came up in conversation.
23 Q  And at some point after the November 2, 2003,
24 order, did that issue come up; that is -- let me

25 (Pages 94 to 97)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

98

1    be clear.
2        Did the issue of Firefighters Hegarty,
3    Mulrenan, Muller or Kichton changing assignments
4    during the day come up to you?
5        MR. KESTEN: Other than, Chief,
6    conversations with counsel, you may answer.
7  Q  Right.
8  A  I'm sorry, during the day?
9  Q  After November 2nd, 2003, did the issue of
10   Firefighters Hegarty, Mulrenan, Muller, or Kichton
11   changing assignments during the day come to your
12   attention, during a shift, come to your attention?
13  A  For a shift?  You know, I'm not understanding it
14   the way you're putting it.
15  Q  Okay, let's go back.  I think you might have
16   actually referred to it as changing assignments
17   during the day.
18       MR. KESTEN: It's a phrase.  I wanted to
19   come up with a phrase everyone could live with.
20  Q  I want to make sure semantically we don't confine
21   ourselves to a day shift.
22       When we talk about changing assignments
23   during a shift, it's reflecting the idea of a
24   firefighter changing assignment from one piece of

99

1    apparatus to another; is that acceptable?
2  A  For a day shift or a night shift you mean?
3  Q  Either one.
4  A  Is what acceptable, now that we have the
5    terminology?
6  Q  My question is:  Did the issue of Firefighters
7    Hegarty, Mulrenan, Muller or Kichton changing an
8    assignment during a shift get raised to you at any
9    time after the November 2nd, 2003, order?
10  A  I don't specifically remember.
11  Q  Okay.  Do you recall directing any captains to not
12   allow Firefighters Hegarty, Mulrenan, Muller, or
13   Kichton to change assignments?
14  A  Not specifically.
15  Q  Generally, do you remember that?
16  A  Perhaps.
17  Q  Okay.  What if anything?
18  A  A captain may have asked for a clarification.
19  Q  What do you recall saying, if anything?
20  A  That Firefighter Tortolano was assigned to the
21   ambulance on his own shift whenever he is working.
22  Q  Firefighter Tortolano?
23  A  Well, whoever it was.  It didn't matter.
24  Q  Was it the case -- was it your understanding after

100

1    November 2nd, 2003, that those four individuals,
2    Hegarty, Mulrenan, Muller, and Kichton, could not
3    change assignments during a shift?
4  A  Was that my understanding?
5  Q  Yes.
6  A  Yes.
7  Q  Was it your understanding that the issue of other
8    firefighters changing assignments during a shift
9    after November 2nd, 2003, remained at the
10   discretion of the captains?
11  A  Yes.  Well, at his assignment, yes, if we are
12   talking the same thing now, so he could assign
13   people --
14  Q  In other words, if any firefighters assigned to
15   Station 3, other than Hegarty, Mulrenan, Muller,
16   and Kichton, wanted to change assignments during a
17   shift, your understanding is if the captain
18   allowed it, it was okay?
19  A  Again, I have no, you know, this allowing people
20   to just randomly do that is a whole new concept to
21   me.
22       My impression and my verbalization to the
23   captains was they were to assign people based on
24   whatever to the pieces that they had to cover.

101

1  Q  And if I understand your testimony correctly, you
2    aren't aware of a firefighter assigned to the
3    ambulance ever asking and being granted the right
4    to change assignments during a shift with another
5    firefighter?
6        You aren't aware of that ever happening?
7  A  Not directly, no.
8  Q  Indirectly, are you aware of it?
9  A  I don't believe so.
10  Q  Are you aware of Scott packs ever being -- are you
11   aware of the ambulance ever being equipped with
12   Scott packs?
13  A  I know Scott packs were on the ambulance on and
14   off forever.
15  Q  Since you've been a firefighter?
16  A  I believe so.  Well, no, at first there were never
17   Scott packs on the ambulance.
18  Q  When do you first recollect them being on the
19   ambulance?
20  A  I don't have a recollection of when they first
21   appeared on the ambulance.
22  Q  Was it while you were still a firefighter?
23  A  I don't have any idea.
24  Q  Could have been last year?

26 (Pages 98 to 101)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

102

1  A  They weren't on the ambulance when I was on the
2     ambulance. I know that.
3  Q  Do you know if it was during the 1980s?
4  A  Don't know.
5  Q  So you can't tell me for certain whether it was
6     the 1980s or the 1990s?
7  A  Whether what was?
8  Q  That you first recall seeing Scott packs on the
9     ambulance?
10 A  No.
11 Q  Do you recall there ever being a directive from
12    the chiefs before you not allowing Scott packs on
13    the ambulance?
14 A  I don't recall.
15 Q  And do you recall during your tenure as a chief
16    ever directing that Scott packs stop being on the
17    ambulance?
18 A  Yes.
19 Q  When was the first time you recall doing that?
20 A  I don't recall specific time.
21 Q  Do you recall the circumstances?
22 A  I believe I do.
23 Q  What were those?
24 A  We had had an ambulance inspection by the state,

103

1     and one of the things he wrote us up for was the
2     Scott packs bouncing around without proper
3     brackets in the compartments.
4  Q  So there wasn't a place to properly secure the
5     Scott packs on the ambulance?
6  A  Correct.
7  Q  Yes?
8  A  Yes.
9  Q  And do you recall when that was that that
10    inspection occurred?
11 A  I don't.
12 Q  Do you recall if it was last year or the year
13    before?
14 A  No, I don't.
15 Q  At some point, were you made aware of that or did
16    you become aware that any of the four
17    firefighters, Hegarty, Mulrenan, Muller or
18    Kichton, have been reassigned away from the
19    ambulance after your November 2nd, 2003, order?
20 A  Am I aware of them being assigned away from the
21    ambulance?
22 Q  Right, at any time after your November 2, 2003,
23    order.
24 A  Sure.

104

1  Q  When? Who was the first person who was reassigned
2     out of the ambulance that you are aware of of
3     those four?
4  A  Oh, I was thinking of a different scenario. I'm
5     sorry. Well, you know, they all get assigned to
6     different things like on overtime and so forth.
7  Q  I see. As a permanent assignment?
8  A  Not as a permanent assignment, no.
9  Q  Is it your understanding that all four of them are
10    still permanently assigned to the ambulance?
11 A  No.
12 Q  When did they not become assigned to the
13    ambulance?
14       When were they assigned to a different
15    position?
16 A  I don't really remember when.
17 Q  Were you involved in the decision to take them off
18    of the ambulance?
19 A  Yes.
20 Q  Okay. And do you recall any of the circumstances
21    leading to that, leading to those decisions?
22 A  I believe Firefighter Kichton was the first one to
23    be reassigned.
24 Q  What were those circumstances?

105

1  A  We had a conversation, indicated in a
2     conversation-- I don't recall how the conversation
3     came about-- that he had in fact been rash and
4     that the provision of the service was comparable.
5  Q  Firefighter Kichton told you this?
6  A  Yes.
7  Q  Do you recall how long -- was it days, months,
8     after the November 2nd, 2003, order that he told
9     you this?
10 A  No, I don't remember, but it was quite some time.
11 Q  Okay. So he came to you and told you that he had
12    been rash and that, upon reflection, he felt that
13    the service was comparable?
14 A  Upon closer observation or something along those
15    lines.
16 Q  And as a result of that -- did he ask to be
17    reassigned away from the ambulance?
18 A  No.
19 Q  He didn't?
20 A  No.
21 Q  Did you reassign him away from the ambulance?
22 A  Yes.
23 Q  At that point?
24 A  Sometime thereafter.

27 (Pages 102 to 105)

Case 1:04-cv-11668-RWZ    Document 22-5    Filed 06/30/2005    Page 23 of 24

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

106

1  Q  Do you recall anything else from that
2     conversation?
3  A  I don't recall the conversation specifically. I
4     just recall the substance of it now.
5  Q  Okay. You don't recall anything else other than
6     what you've just testified to?
7  A  No, I don't.
8  Q  What about the other three men; do you recall the
9     circumstances of their being reassigned away from
10    the ambulance?
11 A  I had decided that we weren't getting any reports
12    and it wasn't leading us anywhere, so it was time
13    to remove them from that assignment.
14    (Exhibit No. 4 marked for identification.)
15 Q  Showing you what's been marked as Tortolano
16    Exhibit 4, if you could take a look at that. Let
17    me know if you recognize it.
18    (Witness reviews document.)
19 A  Yes, I believe I do.
20 Q  You do recognize it?
21 A  I believe so.
22 Q  Is this order an order that you sent out?
23 A  That's my signature, yes, I believe.
24 Q  Okay. Did you send it out on or about October 9,

107

1     2004?
2  A  I don't remember specifically.
3  Q  Do you have any reason to believe -- well, the
4     order is dated October 9, 2000.
5     Do you have any reason to believe that wasn't
6     when you sent it out?
7  A  No.
8  Q  Okay. And you had earlier testified that at some
9     point you decided that this process that you had
10    instituted on November 2nd, 2003, was no longer
11    necessary?
12 A  Mm-hmm.
13 Q  Was that around the time that you put together
14    this order?
15 A  No.
16 Q  When was that? When did you come to the
17    conclusion that the process was no longer
18    necessary?
19 A  It would have been previous to this.
20 Q  Do you recall how long previous?
21 A  I don't.
22 Q  Was it more than a month?
23 A  I would say so.
24 Q  You would say so?

108

1  A  I would say so generally. I'm not exactly sure.
2  Q  Okay. Do you have any recollection at all to the
3     time frame of when you came to that conclusion?
4  A  A month or two.
5  Q  Okay. As a result of coming to that conclusion,
6     what did you do, if anything?
7  A  I wrote a similar order.
8  Q  An order similar to this one?
9  A  Yes.
10 Q  Okay. And what did that order say?
11 A  Basically the same thing, but I don't remember
12    verbatim.
13 Q  Did you post that order?
14 A  No.
15 Q  What did you do with it?
16 A  I ran it by legal counsel prior to issuing it.
17 Q  Okay. And other than that, did you do anything?
18 A  No.
19 Q  And after that, that is, after you did the order,
20    ran it by legal counsel, did you take any other
21    steps as a result of concluding that the process
22    that you'd instituted on November 2nd, 2003, was
23    no longer necessary?
24    Did you take any additional steps?

109

1  A  I'm not sure I understand what you mean,
2     additional steps; but I don't recall doing
3     anything specific.
4  Q  At the time you wrote the first order that you
5     never posted, were the three -- was Kichton
6     already out of his assignment on the ambulance?
7  A  I think so.
8  Q  You're not sure?
9  A  I'm not positive.
10 Q  And were the other three individuals, Mulrenan,
11    Hegarty, and Muller, still assigned to the
12    ambulance?
13 A  I would assume, by looking at this, I would assume
14    they were.
15 Q  Okay. And when you say looking at this, you mean
16    Tortolano No. 4?
17 A  Yes.
18 Q  Between the time you wrote the first order that
19    wasn't posted and the time you wrote this order on
20    October 9, 2004, which you did post, right?
21 A  To the best of my belief, yes.
22 Q  Between those two orders, did you do anything to
23    end the process? When I say process, I mean this
24    ALS oversight that you instituted as of November

28 (Pages 106 to 109)

Paul Tortolano 4-21-2005
Rick Hegarty, et al. v. Paul Tortolano, et al.

110

1    2nd.
2    A  Not to the best of my recollection.
3    Q  As a result of your issuing this order on or about
4    October 9, 2004, did at least some of the men who
5    had been assigned to the ambulance get reassigned
6    off the ambulance.
7    A  They were no longer assigned to the ambulance.
8    Q  Right. Do you know if they stayed there or left?
9    A  I believe some of them stayed there.
10    Q  Who do you believe stayed there?
11    A  I don't know. I remember hearing their voices
12    on -- I monitor the radio all the time, so I heard
13    them on the rescue. Specifically, I know I heard
14    Mulrenan and Hegarty around. I'm not sure of the
15    exact time period, but I believe it was
16    immediately after.
17    Q  Immediately after you put this order out?
18    A  I believe so.
19    Q  Okay. How about since then, are you aware of any
20    of those officers remaining on ambulance?
21    A  Yes.
22    Q  Who is that?
23    A  I hear Hegarty. I hear Mulrenan. Kichton I
24    believe is in a different station. Muller I'm not

111

1    sure about.
2    Q  So your understanding is that, up to the present,
3    Hegarty and Mulrenan have remained assigned to the
4    ambulance?
5    A  At least some of the time.
6    Q  At least those two?
7    A  At least some of the time.
8    Q  Do you think that's their permanent assignment?
9    A  I don't believe so.
10    Q  Do you have any idea of where they're permanently
11    assigned?
12    A  They're at Station 3.
13    Q  Do you know if they typically ask to be or if
14    they're typically assigned to the ambulance at
15    Station 3?
16    A  Typically?
17    Q  Strike that. Let me ask you this.
18    Do you know the process that's used for now,
19    since the October 9, 2004, order, what process is
20    used if any to assign people at Station 3?
21    A  The captain assigns them.
22    Q  Do you know what process the captain is using at
23    Station 3?
24    A  I don't.

112

1    Q  You don't?
2    A  No.
3    Q  Were you aware of -- when did you first become
4    aware of the lawsuit that Firefighters Hegarty,
5    Mulrenan, and Muller had filed in federal court,
6    the lawsuit that we're taking the deposition today
7    for?
8    A  I don't know.
9    Q  Do you know if it was before or after you wrote
10    this October 9, 2004, letter?
11    A  I don't know.
12    MR. KESTEN: When did you file it?
13    MR. COLES: That's a different question.
14    MR. KESTEN: I assume you served it.
15    MR. COLES: I'm not sure I want to
16    say -- I will refrain from responding to that.
17    Service doesn't always constitute cognizance.
18    Q  Do you have any correspondence that relates to
19    your decision to assign Firefighters Hegarty,
20    Mulrenan, Muller, and Kichton as of November 2nd,
21    2003?
22    Do you have any correspondence that relates
23    to that?
24    A  Correspondence?

113

1    Q  Yes, any letters or e-mails other than letters or
2    e-mails that you may have written to counsel?
3    A  I don't believe so.
4    MR. COLES: Just give me a minute. I
5    might be done.
6    (Pause.)
7    Q  Were you aware, prior to November 2nd, 2003, were
8    up aware if firefighters were allowed to swap
9    shifts?
10    That is, if a firefighter wanted to swap a
11    work shift with a firefighter working a different
12    work shift, could they do so?
13    A  Yes, with the restrictions that I outlined
14    earlier.
15    Q  So just so I'm clear, the restriction being that
16    it had to be approved by the captain or captains?
17    A  Well, the swap thing was an evolutionary thing in
18    terms of it had a history, and I kind of changed
19    the way swapping took place. They weren't
20    unlimited or one directional any longer.
21    And so as not to interfere with training and
22    necessary daytime things, I limited day, weekday
23    swaps to four hours and weeknight swaps were
24    permissible. Weekend swaps, days or nights, were

(Pages 106 to 109)

29 (Pages 110 to 113)