UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICK HEGARTY, MICHAEL MULRENAN )
AND GREG MULLER )
        Plaintiffs, )
 )
VS. )
 )
 ) C.A. No.04 11668 RWZ
PAUL TORTOLANO, individually and in his official )
Capacity as Chief of the City of Woburn Fire )
Department, JOHN C. CURRAN, Individually )
And in his official capacity as Mayor of the City of )
Woburn, and CITY OF WOBURN, MASSACHUSETTS )
        Defendants )

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

The defendants, Paul Tortolano, Chief of the City of Woburn Fire Department, John Curran, and City of Woburn, hereby cross-motion for summary judgment on the plaintiffs' complaint.

As set forth in the Memorandum of Law In Opposition to Plaintiffs' Motion for Summary Judgment on Liability and In Support of Defendants' Cross-Motion for Summary Judgment, and accompanying attachments, submitted herewith, which are incorporated herein by this reference, the defendants are entitled to summary judgment in their favor as a matter of law because the undisputed material facts show that they did not violate the plaintiffs' rights under the First Amendment in any respect.

WHEREFORE, Defendants request this Court to grant their Cross-Motion for Summary Judgment and enter judgment in their favor on the plaintiffs' complaint.

### REQUEST FOR ORAL ARGUMENT

Defendants request oral argument for this motion.

Respectfully submitted,

/s/ Leonard H. Kesten
Leonard H. Kesten , BBO# 542042
Deidre Brennan Regan, BBO# 552432
BRODY, HARDOON, PERKINS &
   KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: June 30, 2005

## Certificate of Conference

Defendants' counsel, Leonard H. Kesten, Esquire, hereby certifies that he and plaintiffs' counsel, Terence E. Coles, Esquire, have conferred and have attempted in good faith to resolve and narrow the issues presented in this motion.

/s/ Leonard H. Kesten
Leonard H. Kesten