UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
:
RICK HEGARTY, MICHAEL MULRENAN, and : 
GREG MULLER, :
                Plaintiffs :
:
v. : C.A. No. 04 11668 RWZ
:
PAUL TORTOLANO, Individually and in his :
official capacity as Chief of the City of Woburn :
Fire Department, JOHN C. CURRAN, Individually :
and in his official capacity as Mayor of the City of :
Woburn, and CITY OF WOBURN, :
MASSACHUSETTS, :
                Defendants :
_____:

**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT REPLY BRIEF IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT
<u>LONGER THAN 5 PAGES</u>**

      Plaintiffs move this Court for leave to submit a Reply Brief In Support of Their Motion for Summary Judgment which exceeds the 5 pages permitted by the Court's May 4, 2005 order. Plaintiffs' 11-page reply brief responds to Defendants' thirty-six (36) page opposition and addresses the numerous legal and factual inaccuracies contained therein. Plaintiffs believe that the information contained in the reply brief is necessary to explain the reasons why summary judgment should be granted.

Respectfully submitted,

RICK HEGARTY, MICHAEL MULRENAN, and GREG MULLER,
By their attorneys,

s/Terence E. Coles
Terence E. Coles, BBO #600084
Nicole Horberg Decter, BBO #658268
Pyle, Rome, Lichten, Ehrenberg &
   Liss-Riordan, PC.
18 Tremont Street, Suite 500
Boston, MA 02108
Dated: July 8, 2005          (617) 367-7200

## CERTIFICATE OF SERVICE

This is to certify that on July 8, 2005, a copy of the foregoing document was served upon all counsel of record in the above captioned matter by first class mail.

s/Terence E. Coles
Terence E. Coles