UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
:
RICK HEGARTY, MICHAEL MULRENAN, and :
GREG MULLER, :
              Plaintiffs :
:
v. : C.A. No. 04 11668 RWZ
:
PAUL TORTOLANO, Individually and in his :
official capacity as Chief of the City of Woburn :
Fire Department, JOHN C. CURRAN, Individually :
and in his official capacity as Mayor of the City of :
Woburn, and CITY OF WOBURN, :
MASSACHUSETTS, :
              Defendants :
_____:

**PLAINTIFFS' OPPOSITION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Plaintiffs submit this opposition to Defendants' motion for summary judgment and move that this Court deny Defendants' motion for summary judgment for the following reasons:

    1.    Defendants motion for summary judgment was not filed within the time permitted by this Court's May 5, 2005 Order. The Court's May 5 Order sets forth that all dispositive motions must be filed by May 31, 2005. However, Defendants' motion for summary judgment was not filed until June 30, 2005. Despite the fact that Defendants' motion was submitted one month after the Court-imposed deadline, Defendants failed to request leave from the Court to file the motion late. In addition, during the Court conference on May 4, 2005, counsel for Defendants never suggested that Defendants would either be filing a motion for summary judgment or that Defendants would need additional time beyond the May 31, 2005 deadline.

    2.    Contrary to Defendants' counsel's "Certificate of Conference," Defendants' counsel never conferred with Plaintiffs' counsel concerning Defendants' desire to file a cross-

motion for summary judgment or Defendants need to file such a motion beyond the Court's deadline. Instead, Plaintiffs' counsel first learned that Defendants were filing a motion for summary judgment on the day it was filed – June 30, 2005. Accordingly, Defendants' motion should be denied by this Court as untimely.

3.  Even if this Court disregards Defendants patent violation of the time limits set forth in this Court's scheduling order and Defendants' failure to either confer with Plaintiffs' counsel and/or seek leave from the Court to file a motion for summary judgment one month after it was due, this Court should still deny Defendants' motion for summary judgment based on the facts and arguments set forth in Plaintiffs' Memorandum of Law In Support of Their Motion for Summary Judgment and Plaintiffs' Reply Brief.

## CONCLUSION

For the reasons stated herein and in Plaintiffs' memoranda in support of their motion for summary judgment, this Court should DENY Defendants' motion for summary judgment and GRANT Plaintiffs' motion for summary judgment.

Respectfully submitted,

RICK HEGARTY, MICHAEL MULRENAN, and
GREG MULLER,
By their attorneys,

Dated:  July 14, 2005

 s/Terence E. Coles
Terence E. Coles, BBO #600084
Nicole Horberg Decter, BBO #658268
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, PC.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

2

## CERTIFICATE OF SERVICE

    This is to certify that on July 14, 2005, a copy of the foregoing document was served upon all counsel of record in the above captioned matter by first class mail.

                                                   _s/Terence E. Coles___
                                                   Terence E. Coles