UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
:
RICK HEGARTY, MICHAEL MULRENAN, and :
GREG MULLER, :
              Plaintiffs :
:
v. : C.A. No. 04 11668 RWZ
:
PAUL TORTOLANO, Individually and in his :
official capacity as Chief of the City of Woburn :
Fire Department, JOHN C. CURRAN, Individually :
and in his official capacity as Mayor of the City of :
Woburn, and CITY OF WOBURN, :
MASSACHUSETTS, :
              Defendants :
_____:

**JOINT REQUEST BY THE PARTIES TO HAVE THIS MATTER REFERRED TO MEDIATION BEFORE MAGISTRATE JUDGE JUDITH G. DEIN**

     Pursuant to Local Rule 16.4 Plaintiffs and Defendants jointly request that this matter be referred to mediation before Magistrate Judge Judith G. Dein. The parties further request that the Court hold the parties' motions for summary judgment in abeyance while the parties explore settlement of this matter through the above-referenced mediation.

                                  Respectfully submitted,

| Plaintiffs, | Defendants, |
|---|---|
| RICK HEGARTY, et al. | PAUL TORTOLANO, et al. |
| By their counsel, | By their counsel, |
|   s/Terence E. Coles |   s/Leonard H. Kesten |
| Terence E. Coles, BBO #600084 | Leonard H. Kesten, BBO #542042 |
| Pyle, Rome, Lichten & Ehrenberg, P.C. | Brody, Hardoon, Perkins & Kesten, LLP |
| 18 Tremont Street, Suite 500 | One Exeter Plaza |
| Boston, MA  02108 | Boston, MA  02116 |
| (617) 367-7200 | (617) 880-7100 |

Dated: August 26, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon Leonard H. Kesten, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, on August 26, 2005, by first class mail.

                                                                              _____s/Terence E. Coles_____
                                                                              Terence E. Coles