**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

----------

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea

M. Amy Carlin
Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault

Tod A. Cochran
Of COUNSEL

*Also admitted in Maine
**Also admitted in New York

November 18, 2005

**BY HAND DELIVERY**
The Honorable Rya W. Zobel
U.S. District Court
Courtroom 12, 5th Floor
One Courthouse Way
Boston, MA 02210

RE:   Rick Hegarty, Michael Mulrenan, and Greg Muller
      v.
      Paul Tortolano, Individually and in his official capacity as Chief of the City of Woburn
      Fire Department, John C. Curran, Individually and in his official capacity as Mayor of the
      City of Woburn, and City of Woburn
      U.S. District Court, Civil Action No. 04-11668 RWZ

Dear Judge Zobel:

    Pursuant to Local Rule 16.4, I regret to report to you that the parties in the above-referenced matter are no longer able to mediate this matter. I was informed by Defendants' counsel this morning that Defendants will no longer be able to participate in the mediation session with decision-making authority because of the recent election in the City of Woburn in which a new mayor was elected. Apparently, the current mayor is unable, or unwilling, to exercise settlement authority in the mediation.

    This turn of events is regrettable. Plaintiffs agreed to the mediation back in August, 2005 based on and further agreed to have the mediation take place months after that, on November 28, 2005, based on Defendants' counsel's schedule. Now, less than two weeks before the mediation, we are informed that Defendants will no longer be able to participate with decision-making authority.

    Defendants' counsel has proposed that the parties wait until after the new mayor is sworn in January, 2006, to see if the new mayor is amendable to mediation. This is unacceptable to Plaintiffs. This matter is now almost one and one-half years old and Plaintiffs understandably want a decision in the matter rather than waiting on the whim of the new mayor. Accordingly,

**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

The Honorable Rya W. Zobel
November 18, 2005
Page 2 of 2

Plaintiffs wish to terminate mediation and return the case to you for a decision on Plaintiffs' motion for summary judgment.

    Thank you for your attention to this matter.

                                              Very truly yours,

                                              Terence E. Coles

cc:      Magistrate Judge Judith G. Dein
          Leonard H. Kesten, Esq.
          Rick Hegarty
          Michael Mulrenan
          Greg Muller
          David Peary