UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICK HEGARTY, et al., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11668-RWZ |
| | ) | |
| PAUL TORTOLANO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE ZOBEL

The above case was scheduled for mediation on November 28, 2005. The plaintiff has reported to the court that the defendants are no longer able to participate in the mediation session with decision-making authority because of the recent election of a new mayor in the City of Woburn. Therefore, this case should be restored to your trial list.


DATED: November 22, 2005

/ s / Judith Gail Dein
Judith Gail Dein, U.S. Magistrate Judge
ADR Provider