## PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea

Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault
Stephen Young
David Conforto
Hillary Schwab

Tod A. Cochran
Of COUNSEL

*Also admitted in Maine
**Also admitted in New York

February 6, 2006

Lisa Urso, Courtroom Clerk
Courtroom 12, 5th Floor
U.S. District Court
One Courthouse Way
Boston, MA 02210

RE: Rick Hegarty, Michael Mulrenan, and Greg Muller
v.
Paul Tortolano, Individually and in his official capacity as Chief of the City of Woburn Fire Department, John C. Curran, Individually and in his official capacity as Mayor of the City of Woburn, and City of Woburn
U.S. District Court, Civil Action No. 04-11668 RWZ

Dear Ms. Urso:

Pursuant to my telephone conversation with Jay Johnson today, I am writing to inquire about the status of the above referenced matter, as the parties filed cross-motions for summary judgment in July, 2005 and we wondered when we might expect a decision.

Thank you for your attention to this matter. Please call if you have any questions.

Sincerely yours,

Jo Fletcher
Assistant to Terence E. Coles