**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

----------

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
Stephen Young
David Conforto
Hillary Schwab**

Tod A. Cochran
Of COUNSEL

*Also admitted in Maine
**Also admitted in New York

May 1, 2006

**VIA ECF-FILING**
The Honorable Rya W. Zobel
U.S. District Court
Courtroom 12, 5th Floor
One Courthouse Way
Boston, MA 02210

RE:    Rick Hegarty, Michael Mulrenan, and Greg Muller
v.
Paul Tortolano, Individually and in his official capacity as Chief of the City of Woburn Fire Department, John C. Curran, Individually and in his official capacity as Mayor of the City of Woburn, and City of Woburn
U.S. District Court, Civil Action No. 04-11668 RWZ

Dear Judge Zobel:

Pursuant to your order from our last status conference, I am hereby notifying the court that the parties have reached a tentative settlement in the above-referenced case. We hope to reduce the settlement to writing in the next two weeks.

Thank you for your attention to this matter.

Very truly yours,

Terence E. Coles

cc:    Leonard H. Kesten, Esq.
Rick Hegarty
Michael Mulrenan
Greg Muller
David Peary