UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 11668 RWZ

RICK HEGARTY, MICHAEL MULRENAN, )
AND GREG MULLER, )
                      Plaintiffs, )
VS. )
PAUL TORTOLANO, Individually and in his official )
capacity as Chief of the City of Woburn Fire )
Department, JOHN C. CURRAN, Individually )
And in his official capacity as Mayor of the City of )
Woburn, and CITY OF WOBURN, Massachusetts )

**DEFENDANTS' MOTION
TO ENFORCE SETTLEMENT AND FOR SANCTIONS**

The defendants hereby ask this Court to enforce the settlement of this matter. In support thereof, the defendants state:

1. This case arises out of a dispute between the plaintiffs and the defendants regarding the plaintiffs' assignment to the Woburn Fire Department ambulance by the defendant Paul Tortolano.

2. In the spring of 2006, counsel for the plaintiffs, Terry Coles, and counsel for the defendants, Leonard Kesten, negotiated the terms of a potential settlement.

3. In May of 2006, the attorneys reached an agreement regarding the resolution of this case and notified this Court on May 5, 2006, that the settlement would be finalized in "two weeks".

4. On June 1, 2006, counsel for the defendants sent a release to counsel for the plaintiffs along with a draft of a letter to be issued by the Mayor of Woburn as part of the settlement.

5. Later that month, Attorney Terry Coles, informed counsel for the defendants that the letter of regret to be attached to the release was acceptable to the plaintiffs.

6. In early July, Attorney Coles informed Attorney Kesten that the plaintiffs had agreed to all of the terms of the settlement. He agreed that all of the disputes between the plaintiffs and the defendants, including all labor actions, would be resolved upon execution of a release by the plaintiffs; payment of $70,000.00 by the defendants; and the delivery of a signed letter from the Mayor of Woburn to the

1

plaintiffs. Counsel for the defendants agreed to these terms and indicated that the defendants would pay $70,000.00 and deliver the letter as soon as the plaintiffs delivered the signed release.

7. Since late August, defendants' counsel repeatedly contacted plaintiffs' counsel and asked about the status of the signed release.

8. In November of 2006, Attorney Coles informed Attorney Kesten that while the case was indeed settled, one of the plaintiffs was refusing to sign the release until an unrelated grievance was resolved.

9. There is no legitimate reason why the plaintiffs have not returned the signed release and fully execute their binding agreement to resolve the disputes between the parties.

Wherefore, the defendants ask that this Court to order the plaintiffs to produce a signed release and fully comply with the terms of the settlement reached between counsel. Further, the defendants ask that the Court order the one plaintiff who is refusing to execute the release to personally pay the fees incurred by the defendants as a result of the preparation of this Motion and all subsequent fees and costs incurred as a result of his willful refusal to execute the settlement.

Respectfully submitted,
DEFENDANTS,
By their attorneys,

/s/Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: December 14, 2006

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred and corresponded with counsel for the plaintiff, Terrance E. Coles, by email on November 30, 2006, and have attempted in good faith to resolve or narrow the issues raised in this motion.

/s/Leonard H. Kesten
Leonard H. Kesten, BBO# 542042