UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICK HEGARTY ET AL
    Plaintiff

V.

                            CIVIL ACTION:04CV11668-RWZ

PAUL TORTOLANO ET AL
    Defendant

## ORDER OF DISMISSAL

ZOBEL, D.J.                                                             JANUARY 5, 2007

The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

                                                    By the Court,

                                                    s/ Lisa A. Urso
                                                    Deputy Clerk